**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § **Chapter 11** |
| | § |
| **MINERVA RESOURCES, LLC;** | § **Case No. 22-32291** |
| **CRONUS MINERAL HOLDINGS, LLC,** | § |
| | § **(Jointly Administered)** |
| **Debtors.**[1] | § |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and, together with the Schedules, the "Schedules and Statements") filed by Minerva Resources, LLC and its affiliate, Cronus Mineral Holdings, LLC, as debtors and debtors-in-possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Drew McManigle, the Debtors' Chief Restructuring Officer. Mr. McManigle has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. McManigle has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of all of the information contained therein. In reviewing and signing the Schedules and Statements, Mr. McManigle necessarily relied upon various personnel of the Debtors and the Debtors' professional advisors and their efforts, statements, and representations in connection therewith. Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Minerva Resources, LLC (4164), and Cronus Mineral Holdings, LLC (3039).

1

Statements. The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

<u>**Global Notes and Overview of Methodology**</u>

**General Reservation of Rights.** Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("<u>Claim</u>") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases and "As Of" Information Date.** On August 10, 2022 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtors' chapter 11 cases are jointly administered for procedural purposes only. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. Unless otherwise stated herein, liabilities are reported as of the Petition Date. To the best of the Debtors' knowledge, the asset information provided herein represents the asset data of the Debtors as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth as "unknown", "disputed", "contingent", "unliquidated", or "undetermined", and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Basis of Presentation.** The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors. The Debtors, however, prepare financial statements for financial reporting purposes, which are unaudited. The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

**Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

**Excluded Assets and Liabilities.** The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

**Amendments and Supplements; All Rights Reserved.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

**Currency.** All amounts are reflected in U.S. dollars.

**Book Value.** Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of June 30, 2022,  and the Debtors' liabilities are shown on the basis of their net book values as of the Petition Date. However, certain accounts have been held in suspense and the values are estimated accruals based upon historical data.  Additionally, joint interest billings within the oil and gas industry may be delayed by 90 to 120 days, thus there may be material differences to the actual values. Unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values The Debtors do not intend to amend these Schedules and Statements to reflect market values.

**Paid Claims.** The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments required under joint interest billings to offset income derived from working interest and/or overriding royalty interest from the operators of the scheduled oil and gas leases—pursuant to various "first day" orders entered by the Bankruptcy Court.  In addition, to the extent the Debtors later pay any of the Claims

13555933

listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claim objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

**Recharacterization.** Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

**Claims of Third-Party Entities.** Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

**Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**Guarantees and Other Secondary Liability Claims.** It is possible that the Debtors may have unknown or unidentified claims under its oil and gas leases that are dependent upon the omission, nonpayment, or non-compliance by an operator of said leases. The Debtors reserve their rights, but are not required, to amend the Schedules to the extent that additional secondary liability claims are identified or are discovered to be enforceable.

**Executory Contracts and Unexpired Leases.** The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. The Debtors are non-operating companies and, to the best of their knowledge, have no unexpired executory contracts or leases. The Debtors reserve all of their rights with respect to the right to amend Schedule G should the Debtors identify any executory contracts.

13555933

**Claims Description.** Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

**Causes of Action.** Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Undetermined Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Liens.** To the best of Debtors' knowledge, no liens exist against their interests in the oil and gas leases listed in the Schedules and Statements. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate to reflect any changes to this status.

**Addresses.** The addresses of current and former directors and officers have been removed from entries listed throughout the Schedules and Statements, where applicable.

**Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claim objections and/or setoffs with respect to the same.

**Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties,

5

negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Global Notes Control.** In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

## General Disclosures Applicable to Schedules

**Classifications.** Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

## Schedule A/B - Real and Personal Property.

Schedule A/B.3. Bank account balances are as of the end of business on August 10, 2022.

## Schedule D - Creditors Holding Secured Claims.

Except as specifically stated on Schedule D, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

## Schedule E/F— Creditors Holding Unsecured Claims.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

Certain Debtors may pay additional Claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and reserve all of their rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation and involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "unknown" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.

**Litigants.** As a result of the filing of the litigation that is the basis of this bankruptcy, best efforts have been made to notice many vendors, businesses and individuals affected by the filing but cannot guarantee that all affected parties were noticed.

**P&A Liability.** The Debtors could potentially become subject to plugging and abandonment liabilities should the operators fail to comply with TRRC regulations for wells that are at end of life. The Debtors have made no investigation as to the amount of what these liabilities might be.

13555933

**Schedule G — Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, the Debtors' business is complex, and inadvertent errors, omissions, or overinclusion may have occurred. The Debtors may have entered into various types of agreements in the ordinary course of business, such as supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to amend or supplement Schedule G as necessary, including the right to dispute the validity, status, or enforceability of any contracts, agreements, or leases that may be supplemented to Debtors' current Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

**Schedule H — Co-debtors.** Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary. Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

## General Disclosures Applicable to Statements

**Question 1.** The Debtors estimated the accrued income ending June 30, 2022 due to the suspense of accounts by one or more of their operators, in addition to the delay by the operators of Debtors' oil and gas leases which generally delay payment of income offset by joint interest billings by 90 to 120 days. As such, the Debtors reserve all rights, but are not required, to supplement or amend the total income for year to date.

**Question 4.** For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or

exercise sufficient control over the respective Debtor so as to dictate corporate policy and the disposition of assets. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Question 7.** The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

**Question 10.** The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

**Question 11.** The Debtors listed all of the payments within one year to professionals involved in the preparation or negotiation of documents related to the chapter 11 cases, whether or not every payment was for services that were directly related to the chapter 11 cases.

**Question 13.** While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors have sold and acquired working interest and/or overriding royalty interests in its oil and gas lease assets since the Debtors' first day of business, January 1, 2021. Debtor reserves its right to amend or supplement if any such transactions were inadvertently omitted. Dispositions of any non-core assets made in the ordinary course of business have not been reflected in Question 13.

**Question 26d.** The Debtors routinely provide financial information to current and potential banks, customers, suppliers, advisors, governmental authorities, landlords, investors, and other financial institutions in the ordinary course, and in association with its debt restructuring efforts. The Debtor had made reasonable efforts to list all potential parties who received financial information but certain parties may have been inadvertently omitted.

**These Global Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.**

13555933

**Fill in this information to identify the case:**

Debtor name     **Cronus Mineral Holdings, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF TEXAS

Case number (if known)     **22-32292**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................   $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................   $ _____ **175,091.99**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $ _____ **175,091.99**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____ **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................   $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____ **0.00**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b          $ _____ **0.00**

| Fill in this information to identify the case: |
| --- |

Debtor name   **Cronus Mineral Holdings, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **22-32292**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking** | **0709** | $48,884.99 |

4.      **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | $48,884.99 |
| --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1.

Debtor   **Cronus Mineral Holdings, LLC**          Case number *(If known)*  **22-32292**
Name

---

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                    _____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.          Based on historical distributions, the Revenue Receivable through 8/10/2022 would be approximately $75,207. Accounts held in suspense. Inclusive of accounts owed less than 90 days.

11.    **Accounts receivable**

11b. Over 90 days old:  _____**75,207.00**  -  _____**0.00**  =....  _____**$75,207.00**
                        face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$75,207.00**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

       **Minerva Resources Management, LLC: 75 units of Class A Common Interest, and 100 Units of Voting Interest**    **100%, 75%** %                          **Unknown**
       15.1.

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                              **$0.00**
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**
       _____   _____   _____   _____   _____

20.    **Work in progress**

Debtor   **Cronus Mineral Holdings, LLC**          Case number *(If known)*  **22-32292**
         Name

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☐ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |

Debtor   **Cronus Mineral Holdings, LLC**          Case number *(if known)*  **22-32292**
_____
Name

32.   **Other farming and fishing-related property not already listed in Part 6**

_____   _____   _____   _____

33.   **Total of Part 6.**
      Add lines 28 through 32.  Copy the total to line 85.          | _____ |

34.   **Is the debtor a member of an agricultural cooperative?**
      ☐ No
      ☐ Yes.  Is any of the debtor's property stored at the cooperative?
             ☐ No
             ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ☐ Yes. Book value  _____   Valuation method  _____   Current Value  _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**
      ☐ No
      ☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39.   Office furniture** | | | |
| _____ | _____ | _____ | _____ |
| **40.   Office fixtures** | | | |
| _____ | _____ | _____ | _____ |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | _____ | _____ | _____ |
| **42.   Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  _____ | _____ | _____ | _____ |

Debtor   **Cronus Mineral Holdings, LLC**
 Name

Case number *(If known)*  **22-32292**

---

**43.**  **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

[                    ]

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | _____ | _____ | _____ |
| **48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | _____ | _____ | _____ |
| **49.**  **Aircraft and accessories** | | | |
| 49.1.. _____ | _____ | _____ | _____ |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

[                    ]

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

---

Debtor  **Cronus Mineral Holdings, LLC**                              Case number *(if known)*  **22-32292**
        Name

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Overriding Royalty Interests. See attached Exhibit A detailing the subject Oil & Gas Leases. Fair market value is unknown. Estimated by Internal Reservoir Engineer at PV 10 value.** | | **$117,690.00** | | **Unknown** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |

**Cronus Mineral Holdings, LLC EXHIBIT A - ORRI of Oil and Gas Lease and Well Schedules**

| Lessor | Lessee | Date of Lease | Volume/Page | County | PROSPECT |
|---|---|---|---|---|---|
| Department of the Interior Bureau of Land Management United States of America | I.J. Marshall | 8/19/1993 | NM-94186 | Lea | THISTLE |
| Frank Powell and Wife, Linda Powell | Bruce LeMaire | 7/1/1977 | V. 163 P. 286 | Glasscock | CURRIE |
| Department of the Interior Bureau of Land Management United States of America | Newkumet Exploration, Inc. | 5/1/2009 | NMNM 121958 | Lea | DOMINATOR |
| Bernie L. Benson, as his sole and separate property, and his wife pro forma, Mary Benson | Endeavor Energy Resources, L.P. | 6/29/2010 | V. 277 P. 176 | Martin | FLO |
| Janice Y. Martin, as her sole and separate property, and her husband pro forma, Ronnie Martin | Endeavor Energy Resources, L.P. | 6/29/2010 | V. 277 P. 178 | Martin | FLO |
| J. Henson Corporation | Jimmy Henson | 12/6/2002 | V. 132 P. 761 | Martin/Midland | MABEE |
| Teri Riganti | Jimmy Henson | 10/16/2002 | V. 132 P. 757 | Martin/Midland | MABEE |
| Chris Tomasevich | Jimmy Henson | 10/16/2002 | V. 132 P. 759 | Martin/Midland | MABEE |
| Hugh M. Foster, III | Jimmy Henson | 10/16/2002 | V. 132 P. 751 | Martin/Midland | MABEE |
| Don A. Roach | Jimmy Henson | 10/16/2002 | V. 132 P. 753 | Martin/Midland | MABEE |
| Tracy Lee Jones | Jimmy Henson | 10/16/2002 | V. 132 P. 755 | Martin/Midland | MABEE |
| J.V. Whelan | Humble Oil & Refining Co. | 12/10/1945 | V. 134 P. 490 | Marion | WHELAN |
| State of Texas | Encore Operating, LP | 10/22/2008 | V. 501 P. 206 | Crane | CRANE |
| State of Texas | Encore Operating, LP | 10/22/2008 | V. 501 P. 216 | Crane | CRANE |
| State of Texas | Encore Operating, LP | 10/22/2008 | V. 501 P. 226 | Crane | CRANE |
| State of Texas | Encore Operating, LP | 10/22/2008 | V. 501 P. 236 | Crane | CRANE |
| State of Texas | Encore Operating, LP | 10/22/2008 | V. 501 P. 246 | Crane | CRANE |
| State of Texas | Henry Energy, LP | 3/30/2011 | V. 525 P. 392 | Crane | CRANE |
| State of Texas | Tellus Resources, LLC | 4/25/2011 | V. 525 P. 337 | Crane | CRANE |
| P .J. Lea And Katie W. Lea, Husband And Wife | H.L. Atkins, Jr. | 4/7/1937 | V.29 P.599 | Crane | CRANE |
| P .J. Lea And Katie W. Lea, Husband And Wife | Magnolia Petroleum | 3/26/1941 | V. 34 P. 488 | Crane | CRANE |
| State Of Texas | Henry Energy, LP | 3/22/2012 | V. 536 P. 208 | Crane | CRANE |
| Maellis, Ltd. | Petroplex Land Service, LP | 1/1/2012 | V. 532 P. 770 | Crane | CRANE |
| Rasler'S Range, Lp | Petroplex Land Service, LP | 1/1/2012 | V. 532 P. 772 | Crane | CRANE |
| State Of Texas | Shaw Interests, Inc. | 9/21/2011 | V. 532 P. 83 | Crane | CRANE |
| State Of Texas | Shaw Interests, Inc. | 9/21/2011 | V. 532 P. 93 | Crane | CRANE |
| State Of Texas | Shaw Interests, Inc. | 9/21/2011 | V. 532 P. 103 | Crane | CRANE |
| Sam C. Eldridge | L.F. Beckett | 7/11/1955 | V. 199 P.377 | Marion | CYPRESS,   VICKIE   LYNN, WHELAN |
| James W. Harris, Et Ux | L.F. Beckett | 7/12/1955 | V. 198 P.388 | Marion | CYPRESS,   VICKIE   LYNN, WHELAN |
| A. S. Harvey | L.F. Beckett | 7/12/1955 | V. 199 P.31 | Marion | CYPRESS,   VICKIE   LYNN, WHELAN |
| Winston Taylor | R.J. Whelan | 1/26/1956 | V. 203 P.107 | Marion | CYPRESS,   VICKIE   LYNN, WHELAN |
| Ann L. Grothaus | R.J. Whelan | 2/18/1956 | V. 203 P.202 | Marion | CYPRESS,   VICKIE   LYNN, WHELAN |

| Inez Roth | R.J. Whelan | 3/3/1956 | V. 203 P.355 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
|---|---|---|---|---|---|---|---|
| Lem Williams | L.F. Beckett | 3/22/1956 | V. 204 P.437 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| M. M. Herndon, Jr. | Whelan Brothers | 10/11/1956 | V. 210 P.123 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| R. Rudman | R.J. Whelan | 3/23/1957 | V. 214 P.306 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| John C. Robbins, Jr. | R.J. Whelan | 3/23/1957 | V. 214 P.309 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| O. F. Harris, Liquidating Agent, For Shareholders And Stock Owners Of Rogers National Bank Of Jefferson, Texas, In Liquidation | Whelan Brothers | 10/17/1956 | V. 210 P. 142 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| L. F. Craver And Wife, Louise Switz Craver | L.F. Beckett | 7/11/1955 | V. 199 P. 29 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| J. L. Kiel | A. E. Roscoe | 7/27/1955 | V. 201 P. 307 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| A. E. Roscoe | R.J. Whelan | 7/22/1955 | V. 201 P. 313 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| James W. Harris And Wife, Leona Harris | L.F. Beckett | 7/12/1955 | V. 198 P. 388 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| A .S. Harvey | L.F. Beckett | 7/12/1955 | V. 199 P. 31 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Sam C. Eldridge And Zellner Eldridge, | L.F. Beckett | 7/11/1955 | V. 199 P. 377 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Winston Taylor | L.F. Beckett | 1/26/1956 | V. 203 P. 107 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Ann L.Grothaus, A Femesole, And F.E. Grothaus, Jr. | R.J. Whelan | 2/18/1956 | V. 203 P. 202 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Mrs. Inez Roth, Sole Beneficiary Under The Will Of Aaron Roth, Deceased | R.J. Whelan | 3/3/1956 | V. 203 P. 355 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Lem Williams | R.J. Whelan | 3/22/1956 | V. 204 P. 437 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| P.M. Herndon, Jr. | Whelan Brothers | 10/11/1956 | V. 210 P. 123 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Rose Rudman, Individually And As Independent Executrix And Trustee Under Will Of I. Rudman, Deceased | R.J. Whelan | 3/23/1957 | V. 214 P. 306 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| John C. Robbins, Jr. | R.J. Whelan | 3/23/1957 | V. 214 P. 309 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Sam C. Eldridge And Zellner Eldridge,As Independent Executors And Trustees Of The Estate Of Henry Louis Eldridge, Deceased | L.F. Beckett | 5/13/1955 | V. 197 P. 177 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Francis Harrison Wilson, A Widow, John Ward Harrison, Being Sole Beneficiaries Under The Will Of Mrs. Sarah W. Harding, Deceased | L.F. Beckett | 5/23/1955 | V. 198 P. 390 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Mrs. Sammie W. Fuller And Husband, Fred J. Fuller | W. O. Blackman | 5/31/1955 | V. 198 P. 386 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Mrs. Eula B. Nehls | C. M. Pope, Jr. | 5/17/1952 | V. 176 P. 33 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Mrs. Eula B. Nehls | C. M. Pope, Jr. | 5/17/1952 | V. 176 P. 37 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mrs. Eula B. Nehls | C. M. Pope, Jr. | 7/7/1952 | V. 176 P. 406 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| A. E. Roscoe | Marshall Harrison Co. | 2/5/1954 | V. 185 P. 300 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| W. W. Harris | L.F. Beckett | 3/4/1955 | V. 196 P. 79 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| D. L. Johnson, Et Al. | L.F. Beckett | 4/19/1955 | V. 196 P. 85 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Kate Harper Smith | L.F. Beckett | 11/27/1955 | V. 196 P. 105 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| F. W. Williams | L.F. Beckett | 3/8/1955 | V. 196 P. 115 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Ollie D. Raulston | L.F. Beckett | 3/10/1955 | V. 196 P. 121 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| D. R. Ware | L.F. Beckett | 4/7/1955 | V. 196 P. 171 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| George Gorman | L.F. Beckett | 3/18/1955 | V. 196 P. 198 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Samuel R. Dotson Et Al | L.F. Beckett | 4/22/1955 | V. 197 P. 179 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Oscar E. Dudley | L.F. Beckett | 5/9/1955 | V. 197 P. 401 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Robert B. Benton, Et Al. | L.F. Beckett | 2/25/1955 | V. 200 P. 481 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Shelburne H. Glover | L.F. Beckett | 12/2/1955 | V. 201 P. 320 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Willis Howell, Jr. | L.F. Beckett | 11/18/1955 | V. 201 P. 322 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Mrs. Bobby Galloway, Et Vir | R.J. Whelan | 2/18/1956 | V. 204 P. 33 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Cutis Culpepper | L.F. Beckett | 1/25/1956 | V. 205 P. 147 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Guy Lynch, Et Ux | L.F. Beckett | 5/4/1956 | V. 206 P. 540 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Bryan W. Payne, Et Al. | Whelan Brothers | 9/16/1957 | V. 228 P. 77 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Zula B. Old And Colquitt Old | L.F. Beckett | 5/16/1955 | V. 197 P. 460 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Zula B. Old, Guardian Of Thomas W. Old | L.F. Beckett | 12/22/1955 | V. 202 P. 206 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| J. J. French, Lillie Mae Sealy And Husband, Ray Sealy, Claude G. French, And Hobart French | L.F. Beckett | 5/19/1955 | V. 197 P. 419 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Alice Old, A Widow | L.F. Beckett | 5/7/1955 | V. 197 P. 417 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| W. R. Old, Mary Old Scott And Husband, E. B. Scott, And R. C. Old | L.F. Beckett | 4/12/1956 | V. 205 P. 355 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Archie J. Old, Jr. | L.F. Beckett | 4/12/1956 | V. 206 P. 38 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |
| Jewella Clancy, A Widow | L.F. Beckett | 5/7/1955 | V. 197 P. 415 | Marion | CYPRESS, WHELAN | VICKIE | LYNN, |

| | | | | | |
|---|---|---|---|---|---|
| Abbie Old Mason, A Widow | L.F. Beckett | 5/7/1955 | V. 197 P. 413 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| O. B. Connor And Wife, Villa Connor | L.F. Beckett | 5/7/1955 | V. 197 P. 411 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| J. B. Old | L.F. Beckett | 5/7/1955 | V. 197 P. 409 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| Carlton Ellis And Wife, Mary John Ellis | L.F. Beckett | 5/7/1955 | V. 197 P. 407 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| W. P. Glass And J. H. Benefield, J. H. Benefield, Jr., Frances Benefield Roberts And Husband Ira C. Roberts | L.F. Beckett | 4/19/1955 | V. 196 P. 103 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| Robert L. Williams, T. C. Williams, A. D. Williams, Mrs. Loraine  Odum Martin And Husband, Will Martin | L.F. Beckett | 4/19/1955 | V. 196 P. 107 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| State Of Texas, Lease No.46735, Executed By Commissioner Of The General Land Office | Whelan Brothers | 7/9/1956 | Lease No.46735 | Marion | CYPRESS, WHELAN VICKIE LYNN, |
| The State Of Texas | Lewis B. Burleson, Inc. | 11/2/2006 | V. 878 P. 857 (UL NO. 107182) | Andrews | FSU |
| Grace Katherine White | Alleder, Inc. | 4/22/1991 | V. 622 P. 535 | Andrews | FSU |
| Koreen Jean Logsdon | Alleder, Inc. | 4/22/1991 | V. 622 P. 538 | Andrews | FSU |
| Phillip W. Haish | Alleder, Inc. | 4/22/1991 | V. 622 P. 541 | Andrews | FSU |
| Nancy H. Gambino | Alleder, Inc. | 4/22/1991 | V. 622 P. 543 | Andrews | FSU |
| Martha H. Behr | Alleder, Inc. | 4/22/1991 | V. 622 P. 545 | Andrews | FSU |
| Susan Sandstrom Skrovan | Alleder, Inc. | 4/22/1991 | V. 622 P. 547 | Andrews | FSU |
| Carol Sandstrom Orr | Alleder, Inc. | 4/22/1991 | V. 622 P. 549 | Andrews | FSU |
| Neal H. Johnson And Paul H. Johnson | Alleder, Inc. | 4/22/1991 | V. 622 P. 552 | Andrews | FSU |
| Martha Webb | Daltac Royalty Co. | 2/1/2005 | V. 845 P. 1 | Andrews | FSU |
| Charles F. White | Daltac Royalty Co. | 2/1/2005 | V. 845 P. 4 | Andrews | FSU |
| Elliot L. White | Daltac Royalty Co. | 2/1/2005 | V. 845 P. 7 | Andrews | FSU |
| Baptist Foundation Of Texas, A Texas Non-Profit Corporation | Daltac Royalty Co. | 2/1/2005 | V. 845 P. 10 | Andrews | FSU |
| The State Of Texas | Sinclair Prairie Oil Company | 3/31/1944 | V. 44 P. 389 (UL No. M-28622) | Andrews | FSU |
| The State Of Texas | Gulf Oil Corporation | 12/3/1943 | V. 44 P. 340 (UL No. M-28225) | Andrews | FSU |
| The State Of Texas | Gulf Oil Corporation | 12/3/1943 | V. 44 P. 339 (UL No. M-28224) | Andrews | FSU |
| The State Of Texas | Sinclair Prairie Oil Company | 3/13/1944 | V. 44 P. 390 (UL No. M-28623) | Andrews | FSU |
| The State Of Texas | Skelly Oil Company | 11/8/1940 | UL NO M-25799 | Andrews | FSU |
| The State Of Texas | Plymouth Oil Company | 11/27/1956 | V. 186 P. 198  (UL No. 60385) | Andrews | FSU |
| The State Of Texas | Ohio Oil Company | 12/9/1942 | V. 44 P. 224 (UL No. 27236) | Andrews | FSU |
| The State Of Texas | Ohio Oil Company | 11/8/1940 | UL NO. M- 25799 | Andrews | FSU |
| The State Of Texas | Frank Frankel et al | 12/3/1943 | V. 44 P. 310 (UL No. 28273) | Andrews | FSU |
| The State Of Texas | Phillips Petroleum Company | 6/30/1943 | V. 44 P. 287 (UL No. 27823) | Andrews | FSU |
| W.K. Clayton Et Ux | Jack M. Hawkins | 8/20/1943 | V. 60 P. 558 | Andrews | FSU |
| L.F. Vinson Et Vir | Jack M. Hawkins | 8/20/1943 | V. 61 P. 229 | Andrews | FSU |
| Bessie Williams Et Vir | Jack M. Hawkins | 8/20/1943 | V. 61 P. 329 | Andrews | FSU |
| The State Of Texas | The Superior Oil Company | 6/8/1951 | V. 102 P 397 (UL No. 37042) | Andrews | FSU |
| The State Of Texas | Stanolind Oil & Gas Company | 11/23/1951 | V. 104 P. 214 (UL No. 37867) | Andrews | FSU |
| The State Of Texas | The Texas Company | 11/23/1951 | V. 107 P. 376 (UL No. 37928) | Andrews | FSU |

| The State Of Texas | The Texas Company | 11/23/1951 | V. 108 P. 1 (UL No. 37925) | Andrews | FSU |
|---|---|---|---|---|---|
| The State Of Texas | The Texas Company | 11/23/1951 | V. 108 P. 11 (UL No. 37927) | Andrews | FSU |
| The State Of Texas | The Texas Company | 11/23/1951 | V. 107 P. 371  (UL No. 37926) | Andrews | FSU |
| The State Of Texas | Atlantic Refining Company | 6/19/1953 | V. 116 P. 177 (UL No. 40316) | Andrews | FSU |
| The State Of Texas | Atlantic Refining Company | 12/11/1953 | V. 125 P. 345 (UL No. 41182) | Andrews | FSU |
| The State Of Texas | David Fasken | 10/10/1975 | V. 410 P. 89 (UL No. 72494) | Andrews | FSU |
| The State Of Texas | Superior Oil Company | 6/8/1951 | V. 102 P. 397 (UL No. 37042) | Andrews | FSU |
| The State Of Texas | Cabot Carbon Company | 6/26/1956 | V. 176 P. 528 (UL No. 46554) | Andrews | FSU |
| Jack B. Wilkinson, Jr. | Daltac Royalty Co. | 10/15/2005 | V. 854 P. 15 | Andrews | FSU |
| Phyllis Weaver Payne | Daltac Royalty Co. | 9/6/2005 | V. 854 P. 19 | Andrews | FSU |
| Katherine K. Mcintyre | Daltac Royalty Co. | 10/1/2005 | V. 854 P. 22 | Andrews | FSU |
| Wendell W. Iverson | Daltac Royalty Co. | 10/15/2005 | V. 854 P. 25 | Andrews | FSU |
| W. W. Mcgrew | Daltac Royalty Co. | 9/6/2005 | V. 854 P. 30 | Andrews | FSU |
| Alton C. White, Jr. | Daltac Royalty Co. | 10/7/2005 | V. 854 P. 33 | Andrews | FSU |
| Billie Tisdal Pace | Daltac Royalty Co. | 9/6/2005 | V. 854 P. 36 | Andrews | FSU |
| John L. Mcgrew, Attorney In Fact For Louise Calley Mcgrew Wortham | Daltac Royalty Co. | 11/1/2005 | V. 854 P. 39 | Andrews | FSU |
| Edward Howard Black, Independent Executor Of The Estate Of Dorothy Black, Deceased | Daltac Royalty Co. | 9/6/2005 | V. 854 P. 42 | Andrews | FSU |
| Edward Howard Black | Daltac Royalty Co. | 1/1/2006 | V. 857 P. 410 | Andrews | FSU |
| Deana Hatley Hargis | Daltac Royalty Co. | 9/15/2005 | V. 857 P. 413 | Andrews | FSU |
| Sara B. Renaud Irrevocable Mineral Trust, Bank One Trust Company, Trustee | Daltac Royalty Co. | 12/13/2005 | V. 857 P. 416 | Andrews | FSU |
| Joyce Jenkins Anderson | Daltac Royalty Co. | 12/1/2005 | V. 857 P. 422 | Andrews | FSU |
| Patricia Formby | Daltac Royalty Co. | 9/15/2005 | V. 857 P. 425 | Andrews | FSU |
| Janet Kay Smith | Daltac Royalty Co. | 10/15/2005 | V. 857 P. 428 | Andrews | FSU |
| Susan Largo | Daltac Royalty Co. | 9/15/2005 | V. 857 P. 431 | Andrews | FSU |
| Claudia Hatley | Daltac Royalty Co. | 12/1/2005 | V. 857 P. 434 | Andrews | FSU |
| Julia Marberry Marsden | Daltac Royalty Co. | 12/15/2005 | V. 857 P. 437 | Andrews | FSU |
| Bank Of America, N.A., Trustee Of The Opal G. Cox Charitable Trust | Daltac Royalty Co. | 12/5/2005 | V. 857 P. 440 | Andrews | FSU |
| P. F. Bridgewater | Daltac Royalty Co. | 12/15/2005 | V. 857 P. 445 | Andrews | FSU |
| Morris C. Gottesman | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 448 | Andrews | FSU |
| Betty Jane Cox Deverter | Daltac Royalty Co. | 12/15/2005 | V. 857 P. 451 | Andrews | FSU |
| James Michael Marberry | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 454 | Andrews | FSU |
| Florence Kitt Dyer | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 457 | Andrews | FSU |
| Martha C. Presley | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 460 | Andrews | FSU |
| Emily Jane Sanders | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 463 | Andrews | FSU |
| M.G. Crain | Daltac Royalty Co. | 11/15/2005 | V. 857 P. 466 | Andrews | FSU |
| Muirfeld Resources Company | Daltac Royalty Co. | 11/18/2005 | V. 857 P. 469 | Andrews | FSU |
| Wells Fargo Bank, N.A., Agent For The Martha Nobles Black Agency | Daltac Royalty Co. | 3/1/2006 | V. 861 P. 621 | Andrews | FSU |

| | | | | | |
|---|---|---|---|---|---|
| Anna Randel Non-Exempt Marital Trust | Daltac Royalty Co. | 11/1/2005 | V. 861 P. 627 | Andrews | FSU |
| Bandera Minerals, L.L.C., An Oklahoma Limited Liability Company | Daltac Royalty Co. | 2/14/2006 | V. 861 P. 630 | Andrews | FSU |
| Sealy & Company, L.P. | Daltac Royalty Co. | 2/13/2006 | V. 861 P. 633 | Andrews | FSU |
| Elizabeth Scott Deverter Young | Daltac Royalty Co. | 12/15/2005 | V. 861 P. 636 | Andrews | FSU |
| Primitive Petroleum | Daltac Royalty Co. | 2/15/2006 | V. 861 P. 639 | Andrews | FSU |
| Broken Arrow Royalty Company | Daltac Royalty Co. | 2/6/2006 | V. 861 P. 643 | Andrews | FSU |
| David H. Essex, As His Sole And Separate Property | Daltac Royalty Co. | 2/15/2006 | V. 861 P. 646 | Andrews | FSU |
| Kirby Minerals | Daltac Royalty Co. | 1/31/2006 | V. 861 P. 650 | Andrews | FSU |
| Renaud Minerals, Ltd. And The Charles B. Renaud Credit Trust A | Daltac Royalty Co. | 1/23/2006 | V. 861 P. 656 | Andrews | FSU |
| Emma Black Davies Revocable Trust | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 661 | Andrews | FSU |
| Bronwyn Davies | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 665 | Andrews | FSU |
| William Carol Beard | Daltac Royalty Co. | 2/1/2006 | V. 861 P. 669 | Andrews | FSU |
| Lois Black Booth | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 673 | Andrews | FSU |
| Elizabeth B. Montgomery | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 677 | Andrews | FSU |
| Bill Norred, Trustee Of The Norred Family Trust | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 681 | Andrews | FSU |
| Lynn D. Durham, Jr., Co-Trustee Of The Lynn D. Durham And Fredda T. Durham Grandchildren Trust | Daltac Royalty Co. | 1/15/2006 | V. 861 P. 685 | Andrews | FSU |
| Dawn Black Fox | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 689 | Andrews | FSU |
| Catherine Ann Deverter | Daltac Royalty Co. | 12/15/2005 | V. 861 P. 694 | Andrews | FSU |
| Heisler Family Partnership Ltd | Daltac Royalty Co. | 1/1/2006 | V. 861 P. 697 | Andrews | FSU |
| Mark H. Dykes | Daltac Royalty Co. | 4/13/2006 | V. 868 P. 615 | Andrews | FSU |
| Amy M. Dykes Mewes | Daltac Royalty Co. | 4/13/2006 | V. 868 P. 619 | Andrews | FSU |
| Nancy H. Dykes | Daltac Royalty Co. | 4/13/2006 | V. 868 P. 623 | Andrews | FSU |
| Wells Fargo Bank, N.A., As Agent For The Koch Family Partnership | Daltac Royalty Co. | 4/10/2006 | V. 868 P. 627 | Andrews | FSU |
| David P. Vinson, Wife Bejie M. Vinson | Daltac Royalty Co. | 4/13/2006 | V. 869 P. 62 | Andrews | FSU |
| Barger Family Trust | Daltac Royalty Co. | 8/24/2007 | V. 895 P. 555 | Andrews | FSU |
| Pec Minerals Lp | Daltac Royalty Co. | 7/17/2007 | V. 895 P. 558 | Andrews | FSU |
| Pec Minerals Lp | Daltac Royalty Co. | 7/17/2007 | V. 895 P. 565 | Andrews | FSU |
| Rodger Black | Daltac Royalty Co. | 9/1/2007 | V. 899 P. 579 | Andrews | FSU |
| Norman L. Cowden | Daltac Royalty Co. | 9/1/2007 | V. 899 P. 582 | Andrews | FSU |
| Tommy Salmon, Jr. | Daltac Royalty Co. | 9/17/2007 | V. 901 P. 574 | Andrews | FSU |
| David Salmon | Daltac Royalty Co. | 9/17/2007 | V. 908 P. 232 | Andrews | FSU |
| Wells Fargo Bank, N.A., Agent For The Black Family Benefit Trust | Lewis B. Burleson, Inc. | 5/6/2008 | V. 916 P. 768 | Andrews | FSU |
| Fredda Louise Black | Lewis B. Burleson, Inc. | 5/20/2008 | V. 918 P. 419 | Andrews | FSU |
| Triple H Resources, Inc. | Lewis B. Burleson, Inc. | 5/13/2008 | V. 918 P. 757 | Andrews | FSU |
| Pevehouse, Inc. | Lewis B. Burleson, Inc. | 5/13/2008 | V. 918 P. 760 | Andrews | FSU |
| The State Of Texas | Stanolind Oil & Gas Company | 6/18/1943 | V. 44 P. 263 (UL No. 27871) | Andrews | FSU |
| The State Of Texas | The Superior Oil Company | 12/9/1942 | V. 44 P. 538 (UL No. 27228) | Andrews | FSU |

| | | | | | |
|---|---|---|---|---|---|
| The State Of Texas | Ohio Oil Company | 12/9/1942 | V.44 P. 223 (UL NO. 27227) | Andrews | FSU |
| The State Of Texas | Ohio Oil Company | 12/9/1942 | UL NO. M-27236 | Andrews | FSU |
| C.W. Logsdon And Daisy B. Logsdon | B.H. Blakeney | 8/3/1936 | V. 36 P. 427 | Andrews | FSU |
| C.W. Logsdon And Daisy B. Logsdon | Shell Petroleum Corp. | 8/3/1936 | V. 43 P. 614 | Andrews | FSU |
| Joseph West | TAG OPERATING CO, INC | 9/4/2004 | V. 1688 P. 607 | CHEROKEE | MINA |
| Charles Hassell | TAG OPERATING CO, INC | 9/20/2004 | V. 1688 P. 611 | CHEROKEE | MINA |
| Glover Jones | TAG OPERATING CO, INC | 8/24/2004 | V. 1688 P. 603 | CHEROKEE | MINA |
| John Henry Jones | TAG OPERATING CO, INC | 8/24/2004 | V. 1688 P. 599 | CHEROKEE | MINA |
| Elbert Lee Hollins | TAG OPERATING CO, INC | 9/20/2004 | V. 1688 P. 609 | CHEROKEE | MINA |
| James I. Perkins | TAG OPERATING CO, INC | 3/5/2007 | V. 1843 P. 594 | CHEROKEE | MINA |
| JoJm Milton Buie | TAG OPERATING CO, INC | 3/5/2007 | V. 1843 P. 590 | CHEROKEE | MINA |
| Tracy Bridges Treadwell | TAG OPERATING CO, INC | 3/12/2007 | V. 1843 P. 588 | CHEROKEE | MINA |
| David L. Bridges | TAG OPERATING CO, INC | 5/12/2007 | V. 1855 P. 482 | CHEROKEE | MINA |
| Jcarlene Jones Dennis | TAG OPERATING CO, INC | 5/24/2007 | V. 1864 P. 86 | CHEROKEE | MINA |
| Granite Minerals | TAG OPERATING CO, INC | 6/11/2007 | V. 1864 P. 83 | CHEROKEE | MINA |
| Nicholas Harris | TAG OPERATING CO, INC | 8/16/2007 | V. 1896 P. 458 | CHEROKEE | MINA |
| Langston Jones | TAG OPERATING CO, INC | 9/4/2007 | V. 1878 P. 190 | CHEROKEE | MINA |
| Tommy L. MUITay | TAG OPERATING CO, INC | 6/23/2006 | V. 1797 P. 50 | CHEROKEE | MINA |
| Connie Whilden | TAG OPERATING CO, INC | 12/1/2007 | V. 1896 P. 456 | CHEROKEE | MINA |
| H.C. Whitaker | TAG OPERATING CO, INC | 8/24/2007 | V. 1688 P.605 | CHEROKEE | MINA |
| Carol Harris Sanders | TAG OPERATING CO, INC | 6/10/2008 | V. 1929 P. 601 | CHEROKEE | MINA |
| David HoUins | TAG OPERATING CO, INC | 7/1/2008 | V. 1929 P. 603 | CHEROKEE | MINA |
| Myrtle Faye Hollins, et al | TAG OPERATING CO, INC | 7/1/2008 | V. 1933 P. 680 | CHEROKEE | MINA |
| Tracy Hollins | TAG OPERATING CO, INC | 7/1/2008 | V. 1933 P. 677 | CHEROKEE | MINA |
| Kelly Quarles | TAG OPERATING CO, INC | 7/10/2008 | V. 1929 P. 605 | CHEROKEE | MINA |
| Sadie Quarles | TAG OPERATING CO, INC | 7/10/2008 | V. 1929 P. 606 | CHEROKEE | MINA |
| Sharon Lawson | TAG OPERATING CO, INC | 7/29/2008 | V. 1933 P. 675 | CHEROKEE | MINA |
| Eugene Lawson | TAG OPERATING CO, INC | 7/29/2008 | V. 1933 P. 683 | CHEROKEE | MINA |
| Richard Halbert | TAG OPERATING CO, INC | 7/29/2008 | V. 1942 P. 573 | CHEROKEE | MINA |
| VIVIENNE DE YARMEN AND NOBLE MCGEHEE | PETROROCK MINERAL HOLDINGS, LLC | 6/6/2016 | V. 1391 P. 102 | NOLAN | BOBO |
| ESTATE OF MICHELL JESSICA NOBLE, DECEASED | PETROROCK MINERAL HOLDINGS, LLC | 6/6/2016 | V. 1391 P. 112 | NOLAN | BOBO |
| ROMAYNE S. BAKER OIL & GAS, LTD. | PETROROCK MINERAL HOLDINGS, LLC | 6/9/2016 | V. 1391 P. 97 | NOLAN | BOBO |
| RUSSELL T. RUDY ENERTZY, LLC | PETROROCK MINERAL HOLDINGS, LLC | 6/15/2016 | V. 1391 P. 75 | NOLAN | BOBO |
| SUZANNE BOBO | PETROROCK MINERAL HOLDINGS, LLC | 6/21/2016 | V. 1391 P. 64 | NOLAN | BOBO |
| GEORGE F. MEYERS | PETROROCK MINERAL HOLDINGS, LLC | 7/13/2016 | V. 1391 P. 77 | NOLAN | BOBO |
| KATHERINE MEYERS GARON | PETROROCK MINERAL HOLDINGS, LLC | 7/13/2016 | V. 1391 P. 81 | NOLAN | BOBO |
| ANNA K. MEYERS SMITH | PETROROCK MINERAL HOLDINGS, LLC | 7/13/2016 | V. 1391 P. 85 | NOLAN | BOBO |
| STEPHEN MEYERS | PETROROCK MINERAL HOLDINGS, LLC | 7/13/2016 | V. 1391 P. 89 | NOLAN | BOBO |
| MARTHA MEYERS | PETROROCK MINERAL HOLDINGS, LLC | 7/13/2016 | V. 1391 P. 93 | NOLAN | BOBO |
| SUZANNE BOBO | PETROROCK MINERAL HOLDINGS, LLC | 6/21/2016 | #1621-300 | NOLAN | BOBO |

| | | | | | |
|---|---|---|---|---|---|
| AMERICAN CLIMAX PETROLEUM CORP., ET AL | Blackwell Oil & Gas Co. | 6/1/1959 | V. 278 P. 1 | ARCHER | HULL-SILK |
| TOMMIE NELL JONES, ET AL | LOREN GAS, INC. | 1/9/2008 | #35043 | FISHER | HAMLIN |
| DIXIE LYTLE BOYD | LOREN GAS, INC. | 3/15/2008 | #35212 | FISHER | HAMLIN |
| MARY BOYD GORDON | LOREN GAS, INC. | 3/15/2008 | #35213 | FISHER | HAMLIN |
| VELMA LU BRIGHT | LOREN GAS, INC. | 3/4/2008 | #35214 | FISHER | HAMLIN |
| JOE EDWIN BRIGHT | LOREN GAS, INC. | 3/4/2008 | #35215 | FISHER | HAMLIN |
| LEA R DANIEL, LIFE TENANT | LOREN GAS, INC. | 9/30/2007 | #34545 | FISHER | HAMLIN |
| BILLIE MELVILLE GANNAWAY | LOREN GAS, INC. | 9/30/2007 | #34497 | FISHER | HAMLIN |
| DELIA LOUISE DANIEL, ET AL | LOREN GAS, INC. | 9/30/2007 | #34546 | FISHER | HAMLIN |
| PAXTON HOLT DANIEL, REMAINDERMAN | LOREN GAS, INC. | 9/30/2007 | #34493 | FISHER | HAMLIN |
| NANCY KATHLEEN DANIEL SIMMONS, REMAINDERMAN | LOREN GAS, INC. | 9/30/2007 | #34494 | FISHER | HAMLIN |
| BIRDIE DANIEL PAGE | LOREN GAS, INC. | 9/30/2007 | #34495 | FISHER | HAMLIN |
| GUY B. DANIEL REVOCABLE TRUST | LOREN GAS, INC. | 9/30/2007 | #34496 | FISHER | HAMLIN |
| LEA ROY DANIEL, LIFE TENANT | LOREN GAS, INC. | 10/15/2006 | #32966 | FISHER | HAMLIN |
| NANCY KATHLEEN DANIEL SIMMONS | LOREN GAS, INC. | 10/15/2006 | #32961 | FISHER | HAMLIN |
| PAXTON HOLT DANIEL | LOREN GAS, INC. | 10/15/2006 | #32962 | FISHER | HAMLIN |
| BIRDIE DANIEL PAGE | LOREN GAS, INC. | 10/15/2006 | #32963 | FISHER | HAMLIN |
| BARTON HENRY DANIEL, JR. | LOREN GAS, INC. | 10/15/2006 | #32964 | FISHER | HAMLIN |
| DIANA LEE DANIEL CLARK | LOREN GAS, INC. | 10/15/2006 | #32965 | FISHER | HAMLIN |
| GUY BURHAM DANIEL | LOREN GAS, INC. | 10/15/2006 | #32967 | FISHER | HAMLIN |
| DELLA LOUISE DANIEL | LOREN GAS, INC. | 10/15/2006 | #32968 | FISHER | HAMLIN |
| JAMES BOYD BRIGHT | LOREN GAS, INC. | 3/4/2008 | #35216 | FISHER | HAMLIN |
| Richard D. McDaniel, Adm | Van N. Rodgers | 1/18/1982 | Volume 190 Page 440 | Glasscock | JULIA |
| Georgie L. Archer et vir | Van N. Rodgers | 2/1/1982 | Volume 191 Page 446 | Glasscock | JULIA |
| Bennie C. Tiews et vir | Van N. Rodgers | 2/1/1982 | Volume 190 Page 476 | Glasscock | JULIA |
| Laura L. Lynch et vir | Van N. Rodgers | 2/1/1982 | Volume 191 Page 452 | Glasscock | JULIA |
| John E. Andre Jr. | Van N. Rodgers | 2/1/1982 | Volume 191 Page 456 | Glasscock | JULIA |
| Luella Joyner Richards et vir | Van N. Rodgers | 2/1/1982 | Volume 190 Page 472 | Glasscock | JULIA |
| Harry B. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 468 | Glasscock | JULIA |
| Gilbert D. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 464 | Glasscock | JULIA |
| Katherine E. Joyner | Van N. Rodgers | 2/23/1982 | Volume 193 Page 348 | Glasscock | JULIA |
| James T. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 190 Page 464 | Glasscock | JULIA |
| Robert W. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 470 | Glasscock | JULIA |
| Richard M. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 474 | Glasscock | JULIA |
| Susan J. Joyner | Van N. Rodgers | 2/1/1982 | Volume 191 Page 478 | Glasscock | JULIA |
| Jack I. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 190 Page 460 | Glasscock | JULIA |
| George B. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 456 | Glasscock | JULIA |
| Bedford F. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 452 | Glasscock | JULIA |
| John William Sweatt Trust | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 721 | Martin/Midland | MABEE |
| Martha Joan Windle Revocable Trust | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 725 | Martin/Midland | MABEE |

| Ada Ann Ohrt Tracy | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 729 | Martin/Midland | MABEE |
| Mary Jo Keefe Smith | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 733 | Martin/Midland | MABEE |
| J.E. and L.E. Mabee Foundation, Inc. | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 737 | Martin/Midland | MABEE |
| Longpoint Minerals, LLC | Petrorock Mineral Holdings, LLC | 7/6/2020 | 2020-1603 | LOVING | JUGGERNAUT |
| DEBORAH JACKSON REVOCABLE TRUST | ANADARKO E&P ONSHORE LLC | 5/7/2013 | 2015-3269 | LOVING | JUGGERNAUT |
| DLG ENERGY, LLC | SWEPI LP | 10/2/2014 | 2016-1541 | LOVING | JUGGERNAUT |
| JAMES RAYMOND CONE, III | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 841 | LOVING | JUGGERNAUT |
| KENNETH THOMAS DORBANT | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 846 | LOVING | JUGGERNAUT |
| MAP2006-OK | SWEPI LP | 1/25/2016 | 2016-0750 | LOVING | JUGGERNAUT |
| Don Pfluger and Joann Pfluger | PetroRock Mineral Holdings, LLC | 3/11/2015 | B. 265 P. 783 | CONCHO | LUCKY-PFLUGER |
| Don Pfluger and Joann Pfluger | PetroRock Mineral Holdings, LLC | 4/11/2016 | B. 270 P. 828 | CONCHO | LUCKY-PFLUGER |
| Steven P. Jansa and Teresa Jansa | PetroRock Mineral Holdings, LLC | 6/18/2015 | B. 267 P. 40 | CONCHO | LUCKY-PFLUGER |
| Steven P. Jansa and Teresa Jansa | PetroRock Mineral Holdings, LLC | 5/6/2016 | B. 270 P. 631 | CONCHO | LUCKY-PFLUGER |
| Lucky V. Wildlife, LLC | PetroRock Mineral Holdings, LLC | 5/27/2015 | B. 267 P. 105 | CONCHO | LUCKY-PFLUGER |
| Lucky V. Wildlife, LLC | PetroRock Mineral Holdings, LLC | 5/27/2015 | B. 267 P. 106 | CONCHO | LUCKY-PFLUGER |
| Lucky V. Wildlife, LLC | PetroRock Mineral Holdings, LLC | 10/14/2015 | B. 268 P. 505 | CONCHO | LUCKY-PFLUGER |
| United States of America | Robert B. Ray | 4/1/1985 | 406/827 | Lea | Madera (Leasehold Only) |

| Property ID# | Property Name | INJ/WSW/CTB/SWD, ETC? | Owner Name | Type of Interest | Revenue(NRI) | County | State |
|---|---|---|---|---|---|---|---|
| CYP002 | Cypress #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03790737 | MARION | TX |
| FAYE-01313 | Faye #1313 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| FAYE-02409 | Faye #2409 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| FAYE-02412 | Faye #2412 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| FUAMUN3-01 | FSU Amoco Univ 3 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-02 | FSU Amoco Univ 3 #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-03 | FSU Amoco Univ 3 #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-04 | FSU Amoco Univ 3 #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-05 | FSU Amoco Univ 3 #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-06 | FSU Amoco Univ 3 #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-07 | FSU Amoco Univ 3 #7 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-08 | FSU Amoco Univ 3 #8 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-12 | FSU Amoco Univ. 3 #12 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-18 | FSU Amoco Univ 3 #18 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-19 | FSU Amoco Univ 3 #19 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-20 | FSU Amoco Univ 3 #20 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUAMUN3-21 | FSU Amoco Univ 3 #21 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |

| FUARC213-1 | FSU Arco Univ 213 #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
|---|---|---|---|---|---|---|---|
| | | N | | | 0.00750000 | | |
| FUARC213-2 | FSU Arco Univ 213 #2 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARC213-3 | FSU Arco Univ 213 #3 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARC213-4 | FSU Arco Univ 213 #4 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUARCO2-01 | FSU Arco Univ "2" #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUARCO-03 | FSU Arco Univ "2" #3 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUARCO2-05 | FSU Arco Univ "2" #5 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARCO2-06 | FSU Arco Univ "2" #6 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARCO2-07 | FSU Arco Univ "2" #7 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARCO2-08 | FSU Arco Univ "2" #8 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUARCO2-09 | FSU Arco Univ. "2" #9 P | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUARCO2A-4 | FSU Arco Univ "2A" #4 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUCHBE11-1 | FSU Chevron Bevo 11 #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUCHBE11-2 | FSU Chevron Bevo 11 #2 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUCHBE11-3 | FSU Chevron Bevo 11 #3 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUCHBE11-4 | FSU Chevron Bevo 11 #4 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUCHIMO-01 | FSU Chi Mobil #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUCHIMO-02 | FSU Chi Mobil #2 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |

| FUCHIMO-03 | FSU Chi Mobil #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-1 | FSU Chevron Univ 10 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-2 | FSU Chevron Univ 10 #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-3 | FSU Chevron Univ 10 #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-4 | FSU Chevron Univ 10 #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-5 | FSU Chevron Univ 10 #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-6 | FSU Chevron Univ.10 #6 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN10-7 | FSU Chevron Univ 10 #7 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN11-1 | FSU Chevron Univ 11 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN11-2 | FSU Chevron Univ 11 #2 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN11-3 | FSU Chevron Univ 11 #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN11-4 | FSU Chevron Univ 11 #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUCHUN11-5 | FSU Chevron Univ 11 #5 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUHARSIM-1 | FSU Hardin Simmons #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUHARSIM-2 | FSU Hardin Simmons #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUHARSIM-3 | FSU Hardin Simmons #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUHARSIM-4 | FSU Hardin Simmons #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-01 | FSU Longhorn 213 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FULH213-03 | FSU Longhorn 213 #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-04 | FSU Longhorn 213 #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-05 | FSU Longhorn 213 #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-06 | FSU Longhorn 213 #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-07 | FSU Longhorn 213 #7 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-08 | FSU Longhorn 213 #8 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-09 | FSU Longhorn 213 #9 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FULH213-2X | FSU Longhorn 213 #2X | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMARUN-2B | FSU Marathon Univ."4"#2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMARUN4-1 | FSU Marathon Univ 4 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMARUN4-2 | FSU Marathon Univ 4 #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMARUN4-7 | FSU Marathon Univ 4 #7 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMOUN4-01 | FSU Mobil Univ. 4 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMOUN4-02 | FSU Mobil Univ 4 #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMOUN4-03 | FSU Mobil Univ 4 #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUMOUN4-06 | FSU Mobil Univ 4 #6 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FURAI213-1 | FSU Raider 213 #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUSHELL-01 | FSU Shell #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |

| FUSHELL-02 | FSU Shell #2 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
|---|---|---|---|---|---|---|---|
| | | N | | | 0.00750000 | | |
| FUSINUN-01 | FSU Sinclair Univ #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUSINUN-02 | FSU Sinclair Univ #2 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUSINUN-03 | FSU Sinclair Univ #3 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUSINUN-05 | FSU Sinclair Univ #5 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEU10-10 | FSU Texaco Univ 10 #10 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-1 | FSU Texaco Univ 10 #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-2 | FSU Texaco Univ 10 #2 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-4 | FSU Texaco Univ 10 #4 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-5 | FSU Texaco Univ 10 #5 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-6 | FSU Texaco Univ 10 #6 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEUN10-7 | FSU Texaco Univ 10 #7 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUTEUN10-8 | FSU Texaco Univ 10 #8 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUTEUN10-9 | FSU Texaco Univ 10 #9 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEX10-01 | FSU Texron 10 #1 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTEX102-2 | FSU Texron 102 #2 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTXUNG-06 | FSU Texas Univ G #6 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |
| FUTXUNG-07 | FSU Texas Univ G #7 | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | N | | | 0.00750000 | | |

| FUTXUNG-08 | FSU Texas Univ G #8 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-09 | FSU Texas Univ G #9 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-10 | FSU Texas Univ G #10 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-11 | FSU Texas Univ G#11 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-12 | FSU Texas Univ G #12 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-13 | FSU Texas Univ G #13 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-14 | FSU Texas Univ G #14 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-18 | FSU Texas Univ.G #18 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-19 | FSU Texas Univ G #19 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUTXUNG-20 | FSU Texas Univ.G #20 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-01 | FSU University D #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-02 | FSU University D #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-03 | FSU University D #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-04 | FSU University D #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-05 | FSU University D #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-06 | FSU University D #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-07 | FSU University D #7 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |
| FUUNIVD-09 | FSU University D #9 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | ANDREWS | TX |

| FUUNIVD-10 | FSU University D #10 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
|---|---|---|---|---|---|---|---|
| | | Y | | | 0.00750000 | | |
| FUUNIVD-11 | FSU University D #11 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUUNIVD-12 | FSU University D #12 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUUNIVD-13 | FSU University D #13 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUUNIVD-14 | FSU University D #14 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| FUUNIVD-15 | FSU University D #15 INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | ANDREWS | TX |
| | | Y | | | 0.00750000 | | |
| HAM001 | Hamlin Unit 1 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM002 | Hamlin Unit 2 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM006 | Hamlin Unit 6 - INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | Y | | | 0.03664088 | | |
| HAM007 | Hamlin Unit 7 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM008 | Hamlin Unit 8 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM009 | Hamlin Unit 9 - INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | Y | | | 0.03664088 | | |
| HAM010 | Hamlin Unit 10 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM011 | Hamlin Unit 11 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |
| HAM012 | Hamlin Unit 12 - WSW | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | Y | | | 0.03664088 | | |
| HAM013 | Hamlin Unit 13 - INJ | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | Y | | | 0.03664088 | | |
| HAM014 | Hamlin Unit 14 - WSW | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | Y | | | 0.03664088 | | |
| HAM015 | Hamlin Unit 15 | | CRONUS MINERAL HOLDINGS, LLC | O | | FISHER | TX |
| | | N | | | 0.03664088 | | |

| HAM016 | Hamlin Unit 16 - INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM017 | Hamlin Unit 17 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM018 | Hamlin Unit 18 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM019 | Hamlin Unit 19 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM020 | Hamlin Unit 20 - WSW | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM021 | Hamlin Unit 21 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAM024 | Hamlin Unit 24 WSW | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAMUOB | Hamlin Unit Oil Battery | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HAMUWB | Hamlin Unit Water Battery | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HOL022 | Hamlin Unit 22 (Holman 22) | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HOL023 | Hamlin Unit 23 (Holman 23) | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.03664088 | FISHER | TX |
| HS00OB | Hull-Silk Unit Oil Battery | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.01875000 | ARCHER | TX |
| LUCKYPFLUG | Lucky-Pfluger Unit | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL01 | Lucky Pfluger Unit #1 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL02 | Lucky Pfluger Unit #2 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL03 | Lucky Pfluger Unit #3 WSW | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL04 | Lucky Pfluger Unit #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL05 | Lucky Pfluger Unit #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |

| LUCPFL06 | Lucky Pfluger Unit #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL07 | Lucky Pfluger Unit #7 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL08 | Lucky Pfluger Unit #8 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL09 | Lucky Pfluger Unit #9 INJ | Y | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| LUCPFL10 | Lucky Pfluger Unit #10 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02451389 | CONCHO | TX |
| MIN001 | Mina #1A | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.01842787 | CHEROKEE | TX |
| MIN003 | Mina #3 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.01842787 | CHEROKEE | TX |
| MIN004 | Mina #4 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.01757453 | CHEROKEE | TX |
| MIN005 | Mina #5 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.01757453 | CHEROKEE | TX |
| SUZAH-3011 | Suzahn #3011 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| SUZAH-3013 | Suzahn #3013 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNANI-2910 | UnivAniston #2910 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNANI-2911 | UnivAniston #2911 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNANI-2914 | UnivAniston #2914 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNANI-2915 | UnivAniston #2915 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNANN-4602 | UNIVANNE #4602 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNBRI-4713 | UNIVBRIANNA #4713 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNDEB-2909 | UnivDebbie #2909 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |

| UNDEB-2913 | UnivDebbie #2913 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
|---|---|---|---|---|---|---|---|
| UNERI-4315 | UNIVERIN #4315 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHAN-4715 | UNIVHANNAH #4715 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1809 | UnivHope #1809 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1810 | UnivHope #1810 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1811 | UnivHope #1811 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1812 | UnivHope #1812 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1813 | UnivHope #1813 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1814 | UnivHope #1814 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1815 | UnivHope #1815 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNHOP-1816 | UnivHope #1816 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNKRI-3009 | UnivKristin #3009 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNKRI-3010 | UnivKristin #3010 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNKRI-3012 | UnivKristin #3012 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNKRI-3014 | UnivKristin #3014 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNKRI-3016 | UnivKristin #3016 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1708 | UnivLindsay #1708 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1709 | UnivLindsay #1709 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |

| UNLIN-1710 | UnivLindsay #1710 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
|------------|-------------------|---|------------------------------|---|------------|-------|----|
| UNLIN-1711 | UnivLindsay #1711 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1712 | UnivLindsay #1712 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1713 | UnivLindsay #1713 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1714 | UnivLindsay #1714 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1715 | UnivLindsay #1715 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNLIN-1716 | UnivLindsay #1716 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2004 | UnivSherry #2004 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2006 | UnivSherry #2006 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2009 | UnivSherry #2009 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2010 | UnivSherry #2010 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2011 | UnivSherry #2011 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2012 | UnivSherry #2012 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2013 | UnivSherry #2013R | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2014 | UnivSherry #2014 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2015 | UnivSherry #2015 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNSHE-2016 | UnivSherry #2016 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1909 | UnivTaylor #1909 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |

| UNTAY-1910 | UnivTaylor #1910 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1911 | UnivTaylor #1911 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1912 | UnivTaylor #1912 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1913 | UnivTaylor #1913 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1914 | UnivTaylor #1914 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1915 | UnivTaylor #1915 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-1916 | UnivTaylor #1916 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNTAY-192U | UnivTaylor #192UW | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| UNWHI-3114 | UnivWhitney #3114 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |
| VIC006 | Vickie Lynne #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.02249985 | MARION | TX |
| WHE006 | Whelan #6 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | MARION | TX |
| WHE016 | Whelan #16 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | MARION | TX |
| WILLI-2314 | Williford #2314 | N | CRONUS MINERAL HOLDINGS, LLC | O | 0.00750000 | CRANE | TX |

Debtor   **Cronus Mineral Holdings, LLC**                                   Case number *(If known)*  **22-32292**
_____
Name

63.   **Customer lists, mailing lists, or other compilations**

_____   _____   _____   _____

64.   **Other intangibles, or intellectual property**

_____   _____   _____   _____

65.   **Goodwill**

_____   _____   _____   _____

66.   **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.

      _____

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☐ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                  **Current value of
                                                                  debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

Debtor   **Cronus Mineral Holdings, LLC**

Name

Case number *(If known)* **22-32292**

**Counterclaim against PetroRock Mineral Holdings, LLC, under Case No. DC-22-04656 entitled PetroRock Mineral Holdings, LLC v. Mineral Resources LLC, Mercury Operating, LLC, Stefan T. Toth, 2X5 Enterprises Limited Partnership, The 2X5, LLC, and Cronus Mineral Holdings, LLC, In the District COurt of 101st Judicial District of Dallas County, Texas**

**Unknown**

Nature of claim

Amount requested

---

**Debtor reserves its right to investigate all potential claims and will supplement its response if any are determined.**

**Unknown**

Nature of claim

Amount requested

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **Affiliate Receivables:** | **ARES Resources LLC** |
| **Face Amount** | **$150,000.00** |
| **Doubtful/Uncollectible** | **$110,000.00** |
| **Total A/R** | **$ 40,000.00** |

**$40,000.00**

---

| | |
|---|---|
| **Affiliate Receivables (Collectible):** | |
| **Calisto Consulting** | **$ 1,000.00** |
| **Demeter Resources, LLC** | **$ 10,000.00** |

**$11,000.00**

---

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$51,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   **Cronus Mineral Holdings, LLC**              Case number *(If known)*  **22-32292**
         Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,884.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $75,207.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $51,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $175,091.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $175,091.99 |

**Fill in this information to identify the case:**

Debtor name __**Cronus Mineral Holdings, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**22-32292**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Andrews County Tax Assessor-Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

Column A: **Unknown**   Column B: **Unknown**

**210 NW 2nd Street**
**Andrews, TX 79714**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **Archer County Tax Assessor Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

Column A: **Unknown**   Column B: **Unknown**

**112 E Walnut**
**Archer City, TX 76351**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Cronus Mineral Holdings, LLC**
_____
Name

Case number (if known)  **22-32292**
_____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Cherokee County Tax Assessor Collector** |
Creditor's Name

**Describe debtor's property that is subject to a lien**
_____

Unknown          Unknown

**135 S Main St**
**Rusk, TX 75785**
Creditor's mailing address
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Concho County Tax Assessor Collector** |
Creditor's Name

**Describe debtor's property that is subject to a lien**
_____

Unknown          Unknown

**P O Box 67**
**Paint Rock, TX 76866**
Creditor's mailing address
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Crane County Tax Assessor-Collector** |
Creditor's Name

**Describe debtor's property that is subject to a lien**
_____

Unknown          Unknown

**P O Box 878**
**Crane, TX 79731**
Creditor's mailing address
_____

**Describe the lien**
_____

---

Debtor   **Cronus Mineral Holdings, LLC**
_____   Case number (if known)   **22-32292**
Name

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**   ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**   As of the petition filing date, the claim is:
Check all that apply

■ No   ■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.   ■ Unliquidated

■ Disputed

---

| | |
|---|---|
| 2.6 | **Fisher County Tax Assessor Collector** |

Creditor's Name

**P O Box 278**
**100 N Concho**
**Roby, TX 79543**

Creditor's mailing address

Describe debtor's property that is subject to a lien        Unknown        Unknown

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**   ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**   As of the petition filing date, the claim is:
Check all that apply

■ No   ■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.   ■ Unliquidated

■ Disputed

---

| | |
|---|---|
| 2.7 | **Glasscock County Tax Assessor-Collector** |

Creditor's Name

**P O Box 89**
**209 South Myrl Street**
**Garden City, TX 79739**

Creditor's mailing address

Describe debtor's property that is subject to a lien        Unknown        Unknown

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**   ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**   As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Debtor **Cronus Mineral Holdings, LLC**          Case number (if known)  **22-32292**
            Name

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.8 | **Lea County Treasurer** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**100 N Main Avenue Suite C3**
**Lovington, NM 88260**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.9 | **Loving County Tax Assessor Collector** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**P O Box 365**
**114 W Collins Ave**
**Mentone, TX 79754**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.10 | **Marion County Tax Assessor Collector** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**119 W Lafayette**
**Jefferson, TX 75657**
Creditor's mailing address

Describe the lien

---

Debtor    **Cronus Mineral Holdings, LLC**        Case number (if known)    **22-32292**

Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 1 | **Martin County Tax Assessor Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     <u>Unknown</u>     <u>Unknown</u>

**308 N St Peter St**
**Stanton, TX 79782**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.1 2 | **Midland County Tax Assessor-Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     <u>Unknown</u>     <u>Unknown</u>

**2110 N A Street**
**Midland, TX 79705**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Cronus Mineral Holdings, LLC** | Case number (if known) | **22-32292** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.13 | **Nolan County Tax Assessor Collector** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**100 East Third Suite 100
Sweetwater, TX 79556**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $0.00

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name __**Cronus Mineral Holdings, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**22-32292**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*

**Texas Comptroller of Public**
**Accounts**
**Lyndon B. Johnson State Office**
**Building**
**111 East 17th Street**
**Austin, TX 78774**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2022**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Cronus Mineral Holdings, LLC**                                  Case number (if known)    **22-32292**
        Name

---

3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **2x5 Enterprises Limited Partnership**
**1504 Glenmeade Court**
**Keller, TX 76262** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **Adrian Van Hemert**
**c/o Sean J. McCaffity**
**Somerman, Mccaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **Albeazul LLC**
**c/o Sean J. McCaffity**
**Somerman, Mccaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **Andrew Ledbetter**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **Ariel Kumpinsky**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
| **Candace Montano**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461** | ■ Contingent
■ Unliquidated
■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim:  **Litigation** |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor   **Cronus Mineral Holdings, LLC**                                      Case number (if known)   **22-32292**
_____
Name

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Choice Energy I LLC**
c/o Thomas Powell
4790 Caughlin Parkway No 416
Reno, NV 89519

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Choice Energy III LLC**
c/o Thomas Powell
4790 Caughlin Parkway No 416
Reno, NV 89519

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christa Petrusa and Joseph Petrusa**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clarence Jones**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clayton Caulkins**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deborah S. Mason**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cronus Mineral Holdings, LLC** | Case number (if known) | **22-32292** |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Debra Sue Taylor**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dmar Financial Corp.**
**c/o Sean J. McCaffity**
**Sommerman, Mccaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Estate of Malcom R. Dillon**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gerard Memering**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HBR VI LLC**
**c/o Thomas Powell**
**4790 Caughlin Parkway No 416**
**Reno, NV 89519**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HomeBound Financial Group LLC**
**6321 Campus Circle Drive East**
**Irving, TX 75063**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Cronus Mineral Holdings, LLC**                          Case number (if known)   **22-32292**
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**HomeBound Resources LLC**
**6321 Campus Circle Drive East**
**Irving, TX 75063**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Isaac Rightiger**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**James Dudovick**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jeffrey L Wendel**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Renteria and Beatrice Renteria**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jonathan M. Hicks**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Cronus Mineral Holdings, LLC**                                    Case number (if known)   **22-32292**
_____
Name

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Jose Guerrero**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Joseph A. Bossier III**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Judith Snyder**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Karen Krzywicki**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Karen Thomas Family Trust**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Ken Andrews**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Litigation**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Cronus Mineral Holdings, LLC**
_____
Name

Case number (if known)   **22-32292**
_____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kim Krzywicki**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly Bowling**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kimberly Parker**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kwan Family Trust**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Legacy Energy II LLC**
**c/o Thomas Powell**
**4790 Caughlin Parkway No 416**
**Reno, NV 89519**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Legacy Energy III LLC**
**c/o Thomas Powell**
**4790 Caughlin Parkway No 416**
**Reno, NV 89519**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Cronus Mineral Holdings, LLC**                                    Case number (if known)    **22-32292**
_____
Name

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Legacy of Faith Limited Partnership**
**c/o Michael C. Sanders**
**Sanders LP**
**P O BOx 27932**
**Houston, TX 77227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Linda Walters**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Lynn Partridge**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Marion Patterson**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Mercury Operating, LLC**
**6321 Campus Circle Dr East**
**Irving, TX 75063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Minerva Resources Group LLC**
**433 E Las Colinas Blvd., Suite 840**
**Irving, TX 75039**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Cronus and MRG collectively purchased a 12 acre**
**lease referred to as Madera, with Cronus contributing 80% and MRG**
**contributing the remaining 20%. The lease share was not assigned**
**due to the litigation.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cronus Mineral Holdings, LLC**                                          Case number (if known)   **22-32292**
_____
Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Moving Future, LLC**
**c/o Michael C. Sanders**
**Sanders LP**
**P O BOx 27932**
**Houston, TX 77227**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Nancy Smitherman**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pamela S. Clack**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Penny Haab Moore**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PetroRock Mineral Holdings, LLC**
**c/o Tre Black**
**On Target Logistics**
**1133 S Madison Avenue**
**Dallas, TX 75208**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PRMH Lenders Fund II LLC**
**1303 W Walnut Hill Lane Suite 305**
**Irving, TX 75038**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cronus Mineral Holdings, LLC**                          Case number (if known)   **22-32292**
         Name

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRMH Lenders Fund III, LLC**
P O Box 171305
Salt Lake City, UT 84117

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRMH Lenders Fund IV, LLC**
P O Box 171305
Salt Lake City, UT 84117

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRMH Lenders Fund LLC**
1303 W Walnut Hill Lane Suite 305
Irving, TX 75038

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resolute Capital Partners LLC**
c/o Registered Agent
1999 Bryan St Suite 900
Dallas, TX 75201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resolute Energy Capital LLC**
9120 Double Diamond Pkwy
Reno, NV 89521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Resolute Management Services LLC**
c/o Thomas Powell
4790 Caughlin Parkway No 416
Reno, NV 89519

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricardo Yanez**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  __Litigation__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Cronus Mineral Holdings, LLC**       Case number (if known)    **22-32292**

_____
Name

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Roddy Macklyn Clack**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Rosa Chavez**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sara Styborski**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SEA III, LLC**
**c/o Thomas Powell**
**4790 Caughlin Parkway No 416**
**Reno, NV 89519**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SEA VIII Master Fund, LLC**
**120 Santa Barbara Dt Suite C**
**Santa Barbara, CA 93101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Sharon Miller**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cronus Mineral Holdings, LLC** | Case number (if known) | **22-32292** |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Stefan T. Toth**
**5942 Haley Way**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Strategic Energy Assets VII, LLC**
**120 Santa Barbara Dt Suite C**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Strategic Energy Assets VIII Referral**
**Fund LLC**
**120 Santa Barbara Dt Suite C**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Ted Etheridge**
**Dunn Sheehan LLP**
**Attn William David Dunn**
**5910 N Central Expressway Suite 1310**
**Dallas, TX 75206-1103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Ted Wilson**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Teresa Lampkins**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor   **Cronus Mineral Holdings, LLC**                              Case number (if known)   **22-32292**
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Terry Schackow**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Texas Railroad Commission**
1700 Congress Ave
Austin, TX 78701

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Potential Plug and Abandonment Claims**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**The 2x5, LLC**
1504 Glenmeade Court
Roanoke, TX 76262

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Thomas E.  Patterson, Jr.**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Thomas J. Powell**
4790 Caughlin Parkway No 416
Reno, NV 89519

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Todd J. Bossier**
c/o Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Cronus Mineral Holdings, LLC** | Case number (if known) | **22-32292** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Upside Solutions, LLC**
**c/o Michael C. Sanders**
**Sanders LLP**
**PO Box 27932**
**Houston, TX 77227**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**William B. Mihalik**
**c/o Sean J. McCaffity**
**Sommerman, McCaffity, Quesada & Geisler**
**3811 Turtle Creek Blvd., Suite 1400**
**Dallas, TX 75219-4461**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Litigation__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dennis L. Roossien, Jr.**<br>**Munsch Hardt Kopf & Harr PC**<br>**500 N Akard Suite 3800**<br>**Dallas, TX 75201** | Line __3.47__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Michael K. Oldham**<br>**Reynolds Frizzell LLP**<br>**1100 Louisiana, Suite 3500**<br>**Houston, TX 77002** | Line __3.41__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Michael K. Oldham**<br>**Reynolds Frizzell LLP**<br>**1100 Louisiana, Suite 3500**<br>**Houston, TX 77002** | Line __3.62__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Thomas J. Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line __3.52__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Thomas Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line __3.48__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Thomas Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line __3.49__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Thomas Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line __3.50__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Cronus Mineral Holdings, LLC** | Case number (if known) | **22-32292** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Thomas Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line **3.51**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Thomas Powell**<br>**4790 Caughlin Parkway No 416**<br>**Reno, NV 89519** | Line **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **William David Dunn**<br>**Dunn Sheehan LLP**<br>**5910 N Central Expressway Suite 1310**<br>**Dallas, TX 75206-1103** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **William David Dunn**<br>**Dunn Sheehan LLP**<br>**5910 N Central Expressway Suite 1310**<br>**Dallas, TX 75206-1103** | Line **3.70**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

Note:  The above named litigation claimants represented by Sean J. McCaffity, Sommerman, McCaffity, Quesada & Geisler, 3811 Turtle Creek Blvd., Suite 1400, Dallas, TX 75219-4461 are also represented by the following law firm:

Joseph E. Saracheck
Zachary E. Mazur
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, NY 10583

Fill in this information to identify the case:

Debtor name **Cronus Mineral Holdings, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **22-32292**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Cronus Mineral Holdings, LLC**__

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number (if known) __**22-32292**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**     *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City      State      Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City      State      Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City      State      Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City      State      Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name   **Cronus Mineral Holdings, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **22-32292**

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2022**        X _____
                                              Signature of individual signing on behalf of debtor

                                          **Drew McManigle**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor