United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MINERVA RESOURCES, LLC;** | § | **Case No. 22-32291** |
| **CRONUS MINERAL HOLDINGS, LLC,** | § | |
| | § | **(Jointly Administered)** |
| Debtors.¹ | § | |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF**
**ENERGYNET.COM, LLC AS SALE BROKER**

Upon the application (the "Application")² of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order") authorizing the Debtors to retain and employ EnergyNet.com, LLC ("EnergyNet") as their broker for the sale of their assets, upon entry of this Order, in accordance with the terms of the Agreement; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Application, the Agreement and the Atherton Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found based on the representations made in the Application and in the Atherton Declaration that (a) EnergyNet does not hold or represent an interest adverse to the Debtors' estates and (b)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Minerva Resources, LLC (4164), and Cronus Mineral Holdings, LLC (3039).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

1

EnergyNet is a "disinterested person" as defined in Bankruptcy Code section 101(14) and as required by Bankruptcy Code section 327(a); and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The retention and employment of EnergyNet as broker for the Debtors pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014 and 2016, and Bankruptcy Local Rules 2014-1, 2016-1, and 9013-1, on the terms and conditions set forth in the Agreement and the Application, is approved, subject to the terms of the Order and the modifications to the Agreement as set forth herein.

2. The scope of EnergyNet's marketing shall be limited to the assets set forth on Exhibits A and B to this Order. The Debtors, in consultation with the Official Committee of Unsecured Creditors, shall have the authority to remove any assets from Exhibits A and B without further order of the Court if they determine that such removal would be in the best interests of the estates.

3. The Debtors shall not be authorized to close a sale of any assets marketed by EnergyNet absent a further Order from this Court.

4. In light of the services to be provided by EnergyNet and the compensation structure in the Agreement, EnergyNet shall only be required to file a final fee application in this case, but shall not otherwise be required to file monthly or interim fee applications.

5. EnergyNet shall be compensated in the manner described in the Agreement and shall be subject to review only in accordance with section 328(a) of the Bankruptcy Code. Notwithstanding the foregoing sentence, the U.S. Trustee retains all rights to object to EnergyNet's

final fee application on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and the Court retains the right to review the final fee application pursuant to section 330 of the Bankruptcy Code.

6. The Debtors and EnergyNet are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

7. EnergyNet shall use its best efforts, and will coordinate with the Debtors and its other retained professionals, not to duplicate any of the services provided to the Debtors by any of its other retained professionals.

8. To the extent that there is any inconsistency between the terms of the Application, the Atherton Declaration, the Agreement, and this Order, the terms of this Order shall govern.

9. Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: September 21, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

# EXHIBIT A

## Minerva Resources LLC Exhibit A - Working Interest in Oil & Gas Leases and Wells

| Unit | Lessor | Lessee | Lease Date | Recorded | County | Legal Description of Delivered Tract | Operator | Gross Acres | Net Acres |
|---|---|---|---|---|---|---|---|---|---|
| Currie 41-32 | Frank Powell and Wife, Linda Powell | Bruce LeMaire | 7/1/1977 | Volume 163 Page 286 | Glasscock | The E/2 of Sec 32 Blk 35 T-3-S T&P | Pioneer | 810.00 | 43.74 |
| Dominator | United States of America Department of the Interior Bureau of Land Management | Newkumet Exploration, Inc. | 5/1/2009 | NMNM 121958 | Lea | T-25S, R-33-E, NMPM, Sec 25: NW/4NE/4, N/2NW/4, SW/4NW/4, SW/4, SW/4SE/4 containing 360 acres more or less | Conoco Phillips | 640.00 | 8.128 |
| Flo | Bernie L. Benson, as his sole and separate property, and his wife pro forma, Mary Benson | Endeavor Energy Resources, L.P. | 6/29/2010 | Volume 277 Page 176 | Martin | SW/4 of Sec 15 Blk 37 T2N T&P | Diamondback | 816.41 | 8.1641 |
| | Janice Y. Martin, as her sole and separate property, and her husband pro forma, Ronnie Martin | Endeavor Energy Resources, L.P. | 6/29/2010 | Volume 277 Page 178 | | SW/4 of Sec 15 Blk 37 T2N T&P | Diamondback | 816.41 | |
| Julia | Richard D. McDaniel, Adm | Van N. Rodgers | 1/18/1982 | Volume 190 Page 440 | Glasscock | Northwest Quarter (NW/4) of Section 45, Block 35, T-3-S | Pioneer | 560.00 | 4.336 |
| | Georgie L. Archer et vir | Van N. Rodgers | 2/1/1982 | Volume 191 Page 446 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Bennie C. Tiews et vir | Van N. Rodgers | 2/1/1982 | Volume 190 Page 476 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Laura L. Lynch et vir | Van N. Rodgers | 2/1/1982 | Volume 191 Page 452 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | John E. Andre Jr. | Van N. Rodgers | 2/1/1982 | Volume 191 Page 456 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Luella Joyner Richards et vir | Van N. Rodgers | 2/1/1982 | Volume 190 Page 472 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Harry B. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 468 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Gilbert D. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 464 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Katherine E. Joyner | Van N. Rodgers | 2/23/1982 | Volume 193 Page 348 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | James T. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 190 Page 464 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Robert W. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 470 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Richard M. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 191 Page 474 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Susan J. Joyner | Van N. Rodgers | 2/1/1982 | Volume 191 Page 478 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Jack I. Joyner et ux | Van N. Rodgers | 2/1/1982 | Volume 190 Page 460 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | George B. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 456 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| | Bedford F. Joyner | Van N. Rodgers | 2/1/1982 | Volume 190 Page 452 | | West Half Section 45, Block 35, T-3-S T&P | Pioneer | 560.00 | |
| Mabee 13-24 #1 | J. Henson Corporation | Jimmy Henson | 12/6/2002 | Volume 132 Page 761 | Martin/Midland | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | 9.7125 |
| | Teri Riganti | Jimmy Henson | 10/16/2002 | Volume 132 Page 757 | | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | |
| | Chris Tomasevich | Jimmy Henson | 10/16/2002 | Volume 132 Page 759 | | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | |
| | Hugh M. Foster, III | Jimmy Henson | 10/16/2002 | Volume 132 Page 751 | | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | |
| | Don A. Roach | Jimmy Henson | 10/16/2002 | Volume 132 Page 753 | | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | |
| | Tracy Lee Jones | Jimmy Henson | 10/16/2002 | Volume 132 Page 755 | | All of Sec 13 Blk 38 T1S T&P | Endeavor | 647.50 | |
| Mabee 13-24 #2 | John William Sweatt Trust | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 721 | Martin/Midland | All of Sec 24 Blk 38 T1S T&P | Endeavor | 644.83 | 9.67242 |
| | Martha Joan Windle Revocable Trust | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 725 | | All of Sec 24 Blk 38 T1S T&P | Endeavor | 644.83 | |
| | Ada Ann Ohrt Tracy | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 729 | | All of Sec 24 Blk 38 T1S T&P | Endeavor | 644.83 | |
| | Mary Jo Keefe Smith | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 733 | | All of Sec 24 Blk 38 T1S T&P | Endeavor | 644.83 | |
| | J.E. and L.E. Mabee Foundation, Inc. | Endeavor Energy Resources, L.P. | 9/24/2001 | Volume 1918 Page 737 | | All of Sec 24 Blk 38 T1S T&P | Endeavor | 644.83 | |
| Austin | Mary Robbie Alexander | William L. Gupton, Jr. | 8/2/1972 | Volume 130 Page 107 | Reagan | 323.3 ac in Sec 6 Blk M TCR | Hibernia | 282.20 | 4.54342 |
| Hankamer | Earl C. Hankamer, et al | William L. Gupton, Jr. | 10/25/1972 | Volume 131 Page 224 | Reagan | 120 ac in Sec 7 Blk M TCR | Hibernia | 443.30 | 8.68868 |
| Juggernaut | LONGPOINT MINERALS, LLC | PETROROCK MINERAL HOLDINGS, LLC | 1/1/2020 | #2020-1603 | Loving | Section 11 & 14 T25S R33E | Conoco Phillips | 960.00 | 23.5 |
| | DEBORAH JACKSON REVOCABLE TRUST | ANADARKO E&P ONSHORE LLC | 5/7/2013 | 2013-1052 | | ALL SECTION 14-BLOCK 28 | Conoco Phillips | 960.00 | |
| | DLG ENERGY, LLC | SWEPILP | 10/2/2014 | 2014-2367 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | JAMES RAYMOND CONE, III | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 841 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | KENNETH THOMAS DORBANT | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 841 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | MAP2006-OK | SWEPI LP | 1/25/2016 | 2016-0750 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| Dreadnaught | DEBORAH JACKSON REVOCABLE TRUST | ANADARKO E&P ONSHORE LLC | 5/7/2013 | 2013-1052 | Loving | ALL SECTION 14-BLOCK 28 | Conoco Phillips | 960.00 | 0.00* |
| | DLG ENERGY, LLC | SWEPILP | 10/2/2014 | 2014-2367 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | JAMES RAYMOND CONE, III | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 841 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | KENNETH THOMAS DORBANT | ANADARKO PETROLEUM CORPORATION | 9/26/2009 | Vol. 89, Pg. 841 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| | MAP2006-OK | SWEPI LP | 1/25/2016 | 2016-0750 | | S2 SECTION 11-BLOCK 28 | Conoco Phillips | 960.00 | |
| Thistle | United States of America | I.J. Marshall | 8/19/1993 | NM-94186 | Lea | Section 21 T23S R33E | DEVON | 960.00 | N/A Wellbore |
| | State of New Mexico | Union Oil Company | 1/1/1989 | V-2797 | | Section 21 T23S R33E | DEVON | 80.00 | N/A Wellbore |
| Antero Federal | United States of America | EOG Resources, Inc. | 7/1/2002 | NM-108505 | Lea | Section 11 and 14 T25S R33E | EOG | 800.00 | 3.31 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Solomon | Robert Fleet Rev. Trust | Jetstream Oil and Gas Partners, LLC | 7/7/2021 | 2187/551 | Lea | Township 24 South, Range 34 East. N.M.P.M. Section 27: W/2 NE/4 | Centennial | 240.00 | 13.33 |
| | Arlene Rae Fleet Rev. Trust | Jetstream Oil and Gas Partners, LLC | 7/7/2021 | 2187/554 | | | Centennial | 240.00 | |
| | Rae Ann Fleet | Jetstream Oil and Gas Partners, LLC | 7/7/2021 | 2187/555 | | | Centennial | 240.00 | |
| | Maragret Helen Kalmar Trust "A" | Jetstream Oil and Gas Partners, LLC | 7/7/2021 | 2187/556 | | | Centennial | 240.00 | |
| | PAWN Enterprises | Jetstream Oil and Gas Partners, LLC | 7/7/2021 | 2187/552 | | | Centennial | 240.00 | |
| Madera | United States of America | Robert B. Ray | 4/1/1985 | 406/827 | Lea | Section 24, 25, T26S, R34E | EOG | 1280.00 | 33.97 |
| Jack Sleeper | Betty Lee Brown | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 1090 | Eddy | 23S-28E: Sec. 9: W2W2 | Matador | 160.00 | 21.4931 |
| | Barbara Anna Combs | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 366 | Eddy | | Matador | | |
| | Donald Ray Wiley | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 370 | Eddy | | Matador | | |
| | David Franklin Braymer | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 373 | Eddy | | Matador | | |
| | Rose Mary Bloss | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 368 | Eddy | | Matador | | |
| | Sharilyn Ruth Wiley | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 711 | Eddy | | Matador | | |
| | Wilbur Richard Braymer | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 371 | Eddy | | Matador | | |
| | Jeanette Pearl DeRousse | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 367 | Eddy | | Matador | | |
| | Donald Hugh Braymer | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 365 | Eddy | | Matador | | |
| | Patricia Ellen Davison | Novo Oil & Gas Northern Northern Delaware, LLC | 6/21/2018 | Book 1116, page 372 | Eddy | | Matador | | |
| | Patricia Flournoy | Scratch Properties LLC | 11/21/2016 | Book 1087, page 976 | Eddy | | Matador | | |
| | Jean C. Patterson | Scratch Properties LLC | 11/18/2016 | Book 1089, page 498 | Eddy | | Matador | | |
| | Carnegie Energy, LLC | Novo Oil & Gas Northern Northern Delaware, LLC | 5/24/2018 | Book 1109, Page 1022 | Eddy | | Matador | | |
| | Mason Oaks Energy, LLC | Novo Oil & Gas Northern Northern Delaware, LLC | 5/24/2018 | Book 1109, Page 1023 | Eddy | | Matador | | |
| | Karen S. Pfost | Llano Natural Resources, LLC | 10/10/2017 | Book 1100, page 250 | Eddy | | Matador | | |
| | Donald L. Pfost | Llano Natural Resources, LLC | 10/10/2017 | Book 1100, page 249 | Eddy | | Matador | | |
| | Vernetta L. Poyner | Llano Natural Resources, LLC | 8/15/2017 | Book 1100, page 662 | Eddy | | Matador | | |
| | Ailene Northon Pierce, Life Tenant | Gabler Energy Investments, LLC | 6/12/2017 | Book 1096, page 980 | Eddy | | Matador | | |
| | Diane N. Smith, SSP | Gabler Energy Investments, LLC | 5/23/2017 | Book 1096, page 983 | Eddy | | Matador | | |
| | Janet Reynolds, Individually and as Trustee | Gabler Energy Investments, LLC | 5/23/2017 | Book 1096, page 973 | Eddy | | Matador | | |
| | kay Poyner Brown, SSP | Gabler Energy Investments, LLC | 5/16/2017 | Book 1096, page 979 | Eddy | | Matador | | |
| | Nadine Kuhn | Gabler Energy Investments, LLC | 5/23/2017 | Book 1096, page 972 | Eddy | | Matador | | |
| | Richard Paul Poyner, SSP | Gabler Energy Investments, LLC | 5/16/2017 | Book 1096, page 978 | Eddy | | Matador | | |
| | Russell Raymond Poyner, SSP | Gabler Energy Investments, LLC | 5/16/2017 | Book 1096, page 971 | Eddy | | Matador | | |
| | Sharon Patricia Tanner, AXA Sharon Nolton Tanner, SSP | Gabler Energy Investments, LLC | 5/23/2017 | Book 1096, page 974 | Eddy | | Matador | | |

| Property ID# | Property Name | Type of Interest | WP Billing(WI) | TRUE WI | Revenue(NRI) | County | State |
|---|---|---|---|---|---|---|---|
| ANT14701H | Antero 14 Fed Com #701H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14702H | Antero 14 Fed Com #702H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14703H | Antero 14 Fed Com #703H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14704H | Antero 14 Fed Com #704H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14705H | Antero 14 Fed Com #705H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14706H | Antero 14 Fed Com #706H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14708H | Antero 14 Fed Com #708H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14709H | Antero 14 Fed Com #709H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14710H | Antero 14 Fed Com #710H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14711H | Antero 14 Fed Com #711H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14712H | Antero 14 Fed Com #712H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14713H | Antero 14 Fed Com #713H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14714H | Antero 14 Fed Com #714H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14715H | Antero 14 Fed Com #715H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| ANT14727H | Antero 14 Fed Com #727H | O | 0.00000000 | N/A | 0.00410031 | LEA | NM |
| CUR4209H | Currie 41-29-E #4209H | W | 1.00000000 | 0.05447953 | 0.04045104 | GLASSCOCK | TX |
| CUR4212H | Currie 41-29-F #4212H | W | 1.00000000 | 0.05224008 | 0.03878826 | GLASSCOCK | TX |
| CUR4215H | Currie 41-29-H #4215H | W | 1.00000000 | 0.05391862 | 0.04003457 | GLASSCOCK | TX |
| CUR4310H | Currie 41-29-E #4310H | W | 1.00000000 | 0.05435860 | 0.04036127 | GLASSCOCK | TX |
| CUR4313H | Currie 41-29-G #4313H | W | 1.00000000 | 0.05246932 | 0.03895847 | GLASSCOCK | TX |
| DOM25001H | Dominator 25 Federal 001H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25601H | Dominator 25 Federal Com 601H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25602H | Dominator 25 Federal Com 602H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25603H | Dominator 25 Federal Com 603H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25604H | Dominator 25 Federal Com 604H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25605H | DOMINATOR 25 FEDERAL Com 605H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25606H | Dominator 25 Federal Com 606H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25607H | DOMINATOR 25 FEDERAL COM 607H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25608H | DOMINATOR 25 FEDERAL COM 608H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25609H | DOMINATOR 25 FEDERAL COM 609H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25701H | DOMINATOR 25 FEDERAL COM 701H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25702H | DOMINATOR 25 FEDERAL COM 702H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25703H | DOMINATOR 25 FEDERAL COM 703H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25704H | DOMINATOR 25 FEDERAL COM 704H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25705H | DOMINATOR 25 FEDERAL COM 705H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25706H | DOMINATOR 25 FEDERAL COM 706H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25707H | DOMINATOR 25 FEDERAL COM 707H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DOM25708H | DOMINATOR 25 FEDERAL COM 708H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25709H | DOMINATOR 25 FEDERAL COM 709H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25710H | DOMINATOR 25 FEDERAL COM 710H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25711H | DOMINATOR 25 FEDERAL COM 711H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25712H | DOMINATOR 25 FEDERAL COM 712H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25713H | DOMINATOR 25 FEDERAL COM 713H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| DOM25714H | DOMINATOR 25 FEDERAL COM 714H | W | 1.00000000 | 0.01265625 | 0.00939727 | LEA | NM |
| FLOA16BU | FLO A 16BU | W | 1.00000000 | 0.00985172 | 0.00731490 | MARTIN | TX |
| FLOA16MA | FLO A 16MA | W | 1.00000000 | 0.00977786 | 0.00726006 | MARTIN | TX |
| FLOA16SC | FLO A 16SC | W | 1.00000000 | 0.00979795 | 0.00727498 | MARTIN | TX |
| FLOB13SC | FLO B 13SC | W | 1.00000000 | 0.00980093 | 0.00727719 | MARTIN | TX |
| FLOB14BL | FLO B 14BL | W | 1.00000000 | 0.01001490 | 0.00743606 | MARTIN | TX |
| FLOB14DN | FLO B 14DN | W | 1.00000000 | 0.01008730 | 0.00748983 | MARTIN | TX |
| FLOB15SA | FLO B 15SA | W | 1.00000000 | 0.00985412 | 0.00731668 | MARTIN | TX |
| FLOB15WA | FLO B 15WA | W | 1.00000000 | 0.00984059 | 0.00730664 | MARTIN | TX |
| FLOC13SC | FLO C 13SC | W | 1.00000000 | 0.00980093 | 0.00727719 | MARTIN | TX |
| FLOC13WA | FLO C 13WA | W | 1.00000000 | 0.00995833 | 0.00739406 | MARTIN | TX |
| FLOD10WA | FLO D 10WA | W | 1.00000000 | 0.00984062 | 0.00739406 | MARTIN | TX |
| FLOD11BU | FLO D 11BU | W | 1.00000000 | 0.00982538 | 0.00729534 | MARTIN | TX |
| FLOD11DN | FLO D 11DN | W | 1.00000000 | 0.00995361 | 0.00739056 | MARTIN | TX |
| FLOD11SA | FLO D 11SA | W | 1.00000000 | 0.01005144 | 0.00746319 | MARTIN | TX |
| FLOE09BL | FLO E 09BL | W | 1.00000000 | 0.00809056 | 0.00600724 | MARTIN | TX |
| FLOE10SC | FLO E 10SC | W | 1.00000000 | 0.00979079 | 0.00726967 | MARTIN | TX |
| JUGG1402H | Juggernaut C 1402H | W | 1.00000000 | 0.07246736 | 0.05380701 | FISHER | TX |
| JUGG1411H | Juggernaut 1411H | W | 1.00000000 | 0.07268021 | 0.05396506 | FISHER | TX |
| JUGGA1401H | Juggernaut A 1401H | W | 1.00000000 | 0.06161353 | 0.04574805 | FISHER | TX |
| JUGGB1411H | Juggernaut B 1411H | W | 1.00000000 | 0.07268021 | 0.05396506 | FISHER | TX |
| JULIA4203H | JULIA 45-4-B #4203H | W | 1.00000000 | 0.01639395 | 0.01164503 | GLASSCOCK | TX |
| JULIA4303H | JULIA 45-4-B #4303H | W | 1.00000000 | 0.01639395 | 0.01171110 | GLASSCOCK | TX |
| MAB1113 | MABEE 13-24 UNIT 1 #113 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB1114 | MABEE 13-24 UNIT 1 #114 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB1115 | MABEE 13-24 UNIT 1 #115 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB1211 | MABEE 13-24 UNIT 1 #211 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB1212 | MABEE 13-24 UNIT 1 #212 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB2271 | MABEE 13-24 SL UNIT 2 #271 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MAB2281 | MABEE 13-24 SL UNIT 2 #281 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| MABSL2182 | MABEE 13-24 SL UNIT 2 #182 | W | 1.00000000 | 0.01500000 | 0.01113750 | MARTIN | TX |
| THISTL108H | Thistle Unit 108H | W | 1.00000000 | 0.04043030 | 0.03160298 | LEA | NM |

| THISTL121H | Thistle Unit 121H | W | 1.00000000 | 0.04043030 | 0.03160298 | LEA | NM |
|---|---|---|---|---|---|---|---|
| N/A | MADERA 26 34 24 TB FEDERAL #001H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 24 TB FEDERAL #010H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 24 WA FEDERAL #002H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 24 WA FEDERAL #011H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 24 WXY FEDERAL COM #014H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 24 WXY FEDERAL COM #021H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 24 WXY FEDERAL #007H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 24 WB FEDERAL COM #013H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 24 WB FEDERAL COM #020H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 TB FEDERAL COM #017H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 TB FEDERAL #001H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 TB FEDERAL #010H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 WA FEDERAL COM #018H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 WA FEDERAL #002H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 WA FEDERAL #011H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 WXY FEDERAL COM #014H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 WXY FEDERAL COM #021H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 WXY FEDERAL #007H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 WB FEDERAL COM #013H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 25 WB FEDERAL COM #020H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | MADERA 26 34 25 WB FEDERAL #006H | W | 1.00000000 | 0.15610000 | 0.11070750 | LEA | NM |
| N/A | JACK SLEEPER FEDERAL COM #112H | W | 1.00000000 | 0.25000000 | 0.18750000 | EDDY | NM |
| N/A | JACK SLEEPER COM 9 16 23S 28E #121H | W | 1.00000000 | 0.25000000 | 0.18750000 | EDDY | NM |
| N/A | JACK SLEEPER FEDERAL COM #122H | W | 1.00000000 | 0.25000000 | 0.18750000 | EDDY | NM |
| N/A | JACK SLEEPER FEDERAL COM #202H | W | 1.00000000 | 0.25000000 | 0.18750000 | EDDY | NM |
| N/A | JACK SLEEPER FEDERAL COM #222H | W | 1.00000000 | 0.25000000 | 0.18750000 | EDDY | NM |

# EXHIBIT B

| PROSPECT | Property ID# | Property Name | DeckNum | A/R Acct# | Owner Sub-Acct# | Owner Name | Type of Interest | Billing(WI) | Revenue(NRI) | Susp(Pay Status) | Property API# | County | State | FORMATION | LEGAL | LEASES ADDED? | OPERATED? | OPERATOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CURRIE-REGIONS | CUR4209H | Currie 41-29-E #4209H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00030645 | PAY | 4217338168 | GLASSCOCK | TX | PERMIAN | E/2 S32 BLK35 T3S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| CURRIE-REGIONS | CUR4212H | Currie 41-29-F #4212H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00029385 | PAY | 4217338166 | GLASSCOCK | TX | PERMIAN | E/2 S32 BLK35 T3S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| CURRIE-REGIONS | CUR4215H | Currie 41-29-H #4215H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00030329 | PAY | 4217338159 | GLASSCOCK | TX | PERMIAN | E/2 S32 BLK35 T3S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| CURRIE-REGIONS | CUR4310H | Currie 41-29-E #4310H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00030577 | PAY | 4217338167 | GLASSCOCK | TX | PERMIAN | E/2 S32 BLK35 T3S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| CURRIE-REGIONS | CUR4313H | Currie 41-29-G #4313H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00029514 | PAY | 4217338160 | GLASSCOCK | TX | PERMIAN | E/2 S32 BLK35 T3S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| DOMINATOR-REGIONS | DOM25001H | Dominator 25 Federal 001H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002540211 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25601H | Dominator 25 Federal Com 601H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544814 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25602H | Dominator 25 Federal Com 602H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544815 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25603H | Dominator 25 Federal Com 603H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544816 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25604H | Dominator 25 Federal Com 604H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544741 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25605H | DOMINATOR 25 FEDERAL Com 605H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544742 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25606H | Dominator 25 Federal Com 606H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544728 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25607H | DOMINATOR 25 FEDERAL COM 607H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544712 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25608H | DOMINATOR 25 FEDERAL COM 608H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544705 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25609H | DOMINATOR 25 FEDERAL COM 609H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544743 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25701H | DOMINATOR 25 FEDERAL COM 701H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544744 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25702H | DOMINATOR 25 FEDERAL COM 702H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544713 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25703H | DOMINATOR 25 FEDERAL COM 703H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544714 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25704H | DOMINATOR 25 FEDERAL COM 704H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544715 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25705H | DOMINATOR 25 FEDERAL COM 705H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544745 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25706H | DOMINATOR 25 FEDERAL COM 706H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544716 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25707H | DOMINATOR 25 FEDERAL COM 707H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544729 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25708H | DOMINATOR 25 FEDERAL COM 708H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544730 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25709H | DOMINATOR 25 FEDERAL COM 709H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544717 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25710H | DOMINATOR 25 FEDERAL COM 710H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544746 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25711H | DOMINATOR 25 FEDERAL COM 711H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544731 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25712H | DOMINATOR 25 FEDERAL COM 712H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544732 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25713H | DOMINATOR 25 FEDERAL COM 713H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544747 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| DOMINATOR-REGIONS | DOM25714H | DOMINATOR 25 FEDERAL COM 714H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00007119 | PAY | 3002544748 | LEA | NM | PERMIAN | T-25S, R-33-E, NMPM, Sec 25 NW/4NE/4, N/2NW/4,SW/4NW/4, SW/4SE/4 | YES | NON-OP | CONOCOPHILLIPS |
| REGIONS-FLO | FLOA16BU | FLO A 16BU | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005542 | PAY | 4231741351 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOA16MA | FLO A 16MA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005500 | PAY | 4231741349 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOA16SC | FLO A 16SC | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005511 | PAY | 4231741350 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOB14BL | FLO B 14BL | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005633 | PAY | 4231741354 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOB14DN | FLO B 14DN | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005674 | PAY | 4231741355 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOB15SA | FLO B 15SA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005543 | PAY | 4231741353 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOB15WA | FLO B 15WA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005535 | PAY | 4231741352 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOC13SC | FLO C 13SC | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005513 | PAY | 4231741356 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOC13WA | FLO C 13WA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005602 | PAY | 4231741357 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOD10WA | FLO D 10WA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005535 | PAY | 4231741362 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOD11BU | FLO D 11BU | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005527 | PAY | 4231741359 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOD11DN | FLO D 11DN | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005599 | PAY | 4231741360 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOD11SA | FLO D 11SA | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005654 | PAY | 4231741361 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOE09BL | FLO E 09BL | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00004551 | PAY | 4231741364 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| REGIONS-FLO | FLOE10SC | FLO E 10SC | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00005507 | PAY | 4231741363 | MARTIN | TX | PERMIAN | SW/4 of Sec 15 Blk 37 T2N T&P | YES | NON-OP | DIAMONDBACK |
| JUGGERNAUT | JUGG1402H | Juggernaut C 1402H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00040763 | PAY | | 4230 LOVING | TX | PERMIAN | E/2 SECTION 11, BLOCK 28, PSL SURVEY, A-1383 | YES | NON-OP | CONOCOPHILLIPS |
| JUGGERNAUT | JUGG1411H | Juggernaut 1411H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00040882 | PAY | | 4230 LOVING | TX | PERMIAN | E/2 SECTION 11, BLOCK 28, PSL SURVEY, A-1383 | YES | NON-OP | CONOCOPHILLIPS |
| JUGGERNAUT | JUGGA1401H | Juggernaut A 1401H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00034657 | PAY | | 42-3i LOVING | TX | PERMIAN | E/2 SECTION 11, BLOCK 28, PSL SURVEY, A-1383 | YES | NON-OP | CONOCOPHILLIPS |
| JUGGERNAUT | JUGGB1411H | Juggernaut B 1411H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00040882 | PAY | | 42-3i LOVING | TX | PERMIAN | E/2 SECTION 11, BLOCK 28, PSL SURVEY, A-1383 | YES | NON-OP | CONOCOPHILLIPS |
| JULIA-REGIONS | JULIA4203H | JULIA 45-4-B #4203H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008822 | PAY | | 4217 GLASSCOCK | TX | PERMIAN | Section 45, Block 35, T-3-S T&P, West Half Section 45, Block 35, T-3-S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| JULIA-REGIONS | JULIA4303H | JULIA 45-4-B #4303H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008822 | PAY | | 4217 GLASSCOCK | TX | PERMIAN | Section 45, Block 35, T-3-S T&P, West Half Section 45, Block 35, T-3-S T&P | YES | NON-OP | PIONEER NATURAL RESOURCES |
| REGIONS-MABEE | MAB1113 | MABEE 13-24 UNIT 1 #113 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231741426 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB1114 | MABEE 13-24 UNIT 1 #114 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231741427 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB1115 | MABEE 13-24 UNIT 1 #115 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231741629 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB1211 | MABEE 13-24 UNIT 1 #211 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231741422 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB1212 | MABEE 13-24 UNIT 1 #212 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231741425 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB2271 | MABEE 13-24 SL UNIT 2 #271 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | 4231740584 | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MAB2281 | Mabee 13-24 SL Unit 2 #281 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | N/A | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| REGIONS-MABEE | MABSL2182 | MABEE 13-24 SL UNIT 2 #182 | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00008438 | PAY | N/A | MARTIN | TX | PERMIAN | All of Sec 13 Blk 38 T1S T&P | YES | NON-OP | ENDEAVOR ENERGY RESOURCES |
| THISTLE | THISTL108H | Thistle Unit 108H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00025269 | PAY | 30-025-43727 | LEA | NM | PERMIAN | S-21,T-23-S,R-33-E | YES | NON-OP | DEVON ENERGY CORPORATION |
| THISTLE | THISTL121H | Thistle Unit 121H | 1200 | | CRONUS | CRONUS MINERAL HOLDINGS, LLC | O | 0.00000000 | 0.00025269 | PAY | 30-025-43732 | LEA | NM | PERMIAN | S-21,T-23-S,R-33-E | YES | NON-OP | DEVON ENERGY CORPORATION |